James R. Lance (147173)
  jlance@knlh.com
Jacob M. Slania (200652)
  jslania@knlh.com
Dylan O. Malagrino (228052)
  dmalagrino@knlh.com
**KIRBY NOONAN LANCE & HOGE LLP**
600 West Broadway, Suite 1100
San Diego, California  92101-3387
Telephone (619) 231-8666
Facsimile (619) 231-9593

Jeffrey A. Leon [PRO HAC VICE PENDING]
Kristopher J. Stark [PRO HAC VICE PENDING]
**UNGARETTI & HARRIS LLP**
3500 Three First National Plaza
Chicago, Illinois 60602-4224
Telephone (312) 977-4400
Facsimile (312) 977-4405

Attorneys for Plaintiff
UNITED NATIONAL MAINTENANCE, INC.

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED NATIONAL MAINTENANCE, INC., a Nevada Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAN DIEGO CONVENTION CENTER CORPORATION, INC., a California corporation,<br><br>Defendant. | CASE NO.  07-CV-2172 BEN (JMA)<br><br>***EX PARTE* APPLICATION FOR AN ORDER SHORTENING TIME TO HEAR PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**<br><br>**Ctrm:  3**<br>**Judge:  Hon. Roger T. Benitez** |

## INTRODUCTION

Plaintiff United National Maintenance, Inc. ("United") hereby respectfully applies to the Court *ex parte* for an Order Shortening Time to hear Plaintiff's Motion for Preliminary Injunction against Defendant San Diego Convention Center Corporation, Inc. ("SDCC"), for the earliest possible date on the Court's calendar.

KNLH\497073.1

-1-

07-CV-2172 BEN (JMA)

*Kirby Noonan Lance & Hoge LLP*
*600 West Broadway, Suite 1100 San Diego, California 92101-3387*

1    The undersigned counsel has advised counsel for SDCC that such *ex parte* request will be

2    made to this Court. Counsel for SDCC was given the opportunity to agree to hear United's Motion

3    for Preliminary Injunction on shortened time, but she had not consented to such as of the date and

4    time that this application was filed.

5    This request is based on this *Ex Parte* Application itself, the accompanying Memorandum

6    of Points and Authorities in support thereof, the Certificate of counsel Jacob M. Slania, the

7    concurrently filed Notice of Motion and Motion for Preliminary Injunction, the Memorandum of

8    Points and Authorities in support of that Motion, the declaration and exhibits in support thereof,

9    and the pleadings and files of record herein.

10    The accompanying Memorandum of Points and Authorities and Certificate of Jacob M.

11    Slania demonstrate that United's Motion for Preliminary Injunction should be heard on shortened

12    time because: 1) the delay caused by giving the opposing party 28 days notice of the motion will

13    continually cause further harm to United's business interests; and 2) this harm is compounded

14    because Defendant SDCC claims that it is immune to United's claims for monetary relief because

15    of its status as a public benefit corporation. Shortened time is sought on the ground that an

16    immediate hearing on the preliminary injunction issue is needed to preserve the *status quo* in light

17    of the continuing harm SDCC's actions are causing United and the likelihood that these harms will

18    not be compensable by a damage award because of 15 U.S.C. § 35(a).

19    //

20    //

21    //

22    //

23    //

24    //

25    //

26    //

27    //

28    //

Kirby Noonan Lance & Hoge LLP
600 West Broadway, Suite 1100 San Diego, California 92101-3387

**CONCLUSION**

For the above reasons, United respectfully requests that the Court enter an Order Shortening Time for the hearing of Plaintiff's Motion for Preliminary Injunction for the earliest possible date on the Court's calendar.


DATED: November 15, 2007


By:  /s/ Jacob M. Slania
     Attorneys for Plaintiff
     UNITED NATIONAL MAINTENANCE, INC.


     James R. Lance (147173)
     Jacob M. Slania (200652)
     Dylan O. Malagrino (228052)
     **KIRBY NOONAN LANCE & HOGE LLP**
     600 West Broadway, Suite 1100
     San Diego, California  92101-3387
     Tel: (619) 231-8666
     Fax: (619) 231-9593

     Jeffrey A. Leon [PRO HAC VICE PENDING]
     Kristopher J. Stark [PRO HAC VICE PENDING]
     **UNGARETTI & HARRIS LLP**
     3500 Three First National Plaza
     Chicago, IL 60602-4224
     Tel: (312) 977-4400
     Fax: (312) 977-4405

Kirby Noonan Lance & Hoge LLP
600 West Broadway, Suite 1100 San Diego, California  92101-3387