James R. Lance (147173)
  jlance@knlh.com
Jacob M. Slania (200652)
  jslania@knlh.com
Dylan O. Malagrino (228052)
  dmalagrino@knlh.com
**KIRBY NOONAN LANCE & HOGE LLP**
600 West Broadway, Suite 1100
San Diego, California 92101-3387
Telephone (619) 231-8666
Facsimile (619) 231-9593

Jeffrey A. Leon [PRO HAC VICE PENDING]
Kristopher J. Stark [PRO HAC VICE PENDING]
**UNGARETTI & HARRIS LLP**
3500 Three First National Plaza
Chicago, Illinois 60602-4224
Telephone (312) 977-4400
Facsimile (312) 977-4405

Attorneys for Plaintiff
UNITED NATIONAL MAINTENANCE, INC.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED NATIONAL MAINTENANCE, INC., a Nevada Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAN DIEGO CONVENTION CENTER CORPORATION, INC., a California corporation,<br><br>Defendant. | CASE NO. 07-CV-2172 BEN (JMA)<br><br>***EX PARTE* APPLICATION FOR AN ORDER SHORTENING TIME TO HEAR PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**<br><br>Ctrm: 3<br>**Judge: Hon. Roger T. Benitez** |

## INTRODUCTION

Plaintiff United National Maintenance, Inc. ("United") hereby respectfully applies to the Court *ex parte* for an Order Shortening Time to hear Plaintiff's Motion for Preliminary Injunction against Defendant San Diego Convention Center Corporation, Inc. ("SDCC"), for the earliest possible date on the Court's calendar.

1  The undersigned counsel has advised counsel for SDCC that such *ex parte* request will be
2  made to this Court. Counsel for SDCC was given the opportunity to agree to hear United's Motion
3  for Preliminary Injunction on shortened time, but she had not consented to such as of the date and
4  time that this application was filed.

5  This request is based on this *Ex Parte* Application itself, the accompanying Memorandum
6  of Points and Authorities in support thereof, the Certificate of counsel Jacob M. Slania, the
7  concurrently filed Notice of Motion and Motion for Preliminary Injunction, the Memorandum of
8  Points and Authorities in support of that Motion, the declaration and exhibits in support thereof,
9  and the pleadings and files of record herein.

10  The accompanying Memorandum of Points and Authorities and Certificate of Jacob M.
11  Slania demonstrate that United's Motion for Preliminary Injunction should be heard on shortened
12  time because: 1) the delay caused by giving the opposing party 28 days notice of the motion will
13  continually cause further harm to United's business interests; and 2) this harm is compounded
14  because Defendant SDCC claims that it is immune to United's claims for monetary relief because
15  of its status as a public benefit corporation. Shortened time is sought on the ground that an
16  immediate hearing on the preliminary injunction issue is needed to preserve the *status quo* in light
17  of the continuing harm SDCC's actions are causing United and the likelihood that these harms will
18  not be compensable by a damage award because of 15 U.S.C. § 35(a).

19  //
20  //
21  //
22  //
23  //
24  //
25  //
26  //
27  //
28  //

## CONCLUSION

For the above reasons, United respectfully requests that the Court enter an Order Shortening Time for the hearing of Plaintiff's Motion for Preliminary Injunction for the earliest possible date on the Court's calendar.

DATED: November 15, 2007

By: /s/ Jacob M. Slania
Attorneys for Plaintiff
UNITED NATIONAL MAINTENANCE, INC.

James R. Lance (147173)
Jacob M. Slania (200652)
Dylan O. Malagrino (228052)
**KIRBY NOONAN LANCE & HOGE LLP**
600 West Broadway, Suite 1100
San Diego, California 92101-3387
Tel: (619) 231-8666
Fax: (619) 231-9593

Jeffrey A. Leon [PRO HAC VICE PENDING]
Kristopher J. Stark [PRO HAC VICE PENDING]
**UNGARETTI & HARRIS LLP**
3500 Three First National Plaza
Chicago, IL 60602-4224
Tel: (312) 977-4400
Fax: (312) 977-4405