Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

FILED
07 NOV 15 AM 10:38
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____

UNITED NATIONAL MAINTENANCE, INC., a Nevada Corporation.

vs

SAN DIEGO CONVENTION CENTER CORPORATION, INC., a California Corporation.

SUMMONS IN A CIVIL ACTION

Case No.

'07CV 2172  BEN JMA

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

James R. Lance, Esq.
KIRBY NOONAN LANCE & HOGE, LLP
600 West Broadway, Ste. 1100
San Diego, CA 92101

An answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK (SEAL)
C. PUTTMANN

11/15/07
DATE

By _____ ; Deputy Clerk

Summons in a Civil Action                                                                 Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

CR