1  WILSON PETTY KOSMO & TURNER LLP
   REGINA A. PETTY (106163)
2  SOTERA L. ANDERSON (211025)
   550 West C Street, Suite 1050
3  San Diego, California 92101
   Telephone: (619) 236-9600
4  Facsimile: (619) 236-9669
   E-mail: rpetty@wpkt.com
5  E-mail: sanderson@wpkt.com

6  Attorneys for Defendant
   SAN DIEGO CONVENTION CENTER
7  CORPORATION, INC.



UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED NATIONAL MAINTENANCE INC, A NEVADA CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>SAN DIEGO CONVENTION CENTER CORPORATION, INC., A CALIFORNIA CORPORATION,<br><br>Defendant. | Case No. 07-CV-2172 BEN (JMA)<br><br>DECLARATION OF SOTERA L. ANDERSON IN SUPPORT OF DEFENDANT SAN DIEGO CONVENTION CENTER CORPORATION, INC.'S OPPOSITION TO PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER SHORTENING TIME TO HEAR PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION<br><br>Complaint Filed: November 13, 2007<br><br>Date:<br>Time:<br>Dept.: 3<br>Judge: Hon. Roger T. Benitez<br>Trial Date: Not Set |
|---|---|

I, Sotera L. Anderson, declare as follows:

1. I am an attorney and duly licensed to practice before all courts in the State of California, including the United States District Court, Southern District of California. I am an associate with the law firm of Wilson, Petty, Kosmo, & Turner, LLP, attorneys for Defendant SAN DIEGO CONVENTION CENTER CORPORATION, INC. ("SDCCC" and/or "Defendant").

1  I have first-hand personal knowledge of the facts contained in this declaration, and if called upon to
2  testify I would and could competently do so as set forth herein.

3      2.    I began my employment with Wilson, Petty, Kosmo & Turner, LLP on August 20,
4  2007. One of the first files assigned to me to take over as the associate handling the file was a
5  lawsuit Plaintiff filed in the San Diego Superior Court against SDCCC seeking injunctive relief and
6  damages. Upon my assignment, I, among other things, reviewed the entire file. Upon my review of
7  the file, I learned that Plaintiff sought, via ex parte application, a Temporary Restraining Order
8  ("TRO") against SDCCC and an Order to Show cause Why Preliminary Injunction Should Not
9  Issue. On August 6, 2007, Judge Prager denied Plaintiff's request for a TRO and issued a Minute
10 Order stating same. In the Minute Order, Judge Prager set a hearing date for Plaintiff's Motion for
11 Preliminary Injunction for September 12, 2007. Accordingly, Plaintiff's motion papers were due
12 approximately, August 20, 2007. After I had not received Plaintiff's motion I called Plaintiff's
13 counsel's office and inquired whether Plaintiff intended to pursue the Preliminary Injunction. I was
14 told no and that the motion had been taken off calendar.

15     3.    I then prepared and filed a Demurrer to Plaintiff's Complaint arguing that Plaintiff's
16 entire claim is barred for failure to comply with the Tort Claims Act and because SDCCC enjoys
17 governmental immunity as a public corporation. Plaintiff's Opposition to SDCCC's Demurrer was
18 due November 15, 2007. Instead of receiving an Opposition, I received a voice mail from Plaintiff's
19 counsel advising that Plaintiff was dismissing the state court action and that it has filed a Complaint
20 in this Court. The voice mail also advised that Plaintiff was seeking a Preliminary Injunction and
21 was asking for a shortened briefing schedule. I received the motion papers and *ex parte* application
22 approximately 5:00 p.m. on November 15, 2007.

23     4.    On November 16, 2007, I spoke with the Judge's clerk / assistant who authorized an
24 extension in time for SDCCC to file an opposition to the *ex parte* application up to and including
25 Monday, November 26, 2007.
26 / / /
27 / / /
28 / / /

-2-      Case No. 07-CV-2172 BEN (JMA)

DECLARATION OF SOTERA L. ANDERSON IN SUPPORT OF DEFENDANT SAN DIEGO CONVENTION CENTER CORPORATION, INC.'S OPPOSITION TO PLAINTIFF'S EX PARTE APPLICATION

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 26th day of November, 2007.

*/s/ Sotera L. Anderson*
SOTERA L. ANDERSON

-3-   Case No. 07-CV-2172 BEN (JMA)

DECLARATION OF SOTERA L. ANDERSON IN SUPPORT OF DEFENDANT SAN DIEGO CONVENTION CENTER CORPORATION, INC.'S OPPOSITION TO PLAINTIFF'S EX PARTE APPLICATION