James R. Lance (SBN 147173)
KIRBY NOONAN LANCE & HOGE LLP
600 West Broadway
Suite 1100
San Diego, CA 92101
(619) 231-8666

Attorney(s) for          United National Maintenance, Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

Plaintiff:   United National Maintenance, Inc.          Case No:   07CV2172BEN(JMA)

Defendant: San Diego Convention Center Corporation, Inc., etc.          PROOF OF SERVICE

1. At the time of service I was at least 18 years of age and not a party to this action, and I served copies of the:

          SEE ATTACHED LIST

2. a. Party served:       San Diego Convention Center Corporation, Inc., a California corporation
   b. Person served:      R. Levine, Receptionist authorized to accept on behalf of Beatrice Kent, Authorized Agent
   c. Place of Service:   111 West Harbor Drive
                          San Diego, CA 92101
                          {Business}

3. I served the party named in item 2
   a. By personally delivering copies to the person served.
      (1) on:             November 15, 2007
      (2) at:             5:25 p.m.

4. Person serving:                                    a. Fee for Service:$ 40.00
   Bryan Flitcraft                                    e. Exempt from registration under
   CALEXPRESS                                            Bus. & Prof. Code 22350(b)
   917 West Grape Street
   San Diego, CA  92101
   (619) 685-1122

5. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:    November 19, 2007                    Signature:

PROOF OF SERVICE

1 | James R. Lance (SBN 147173)
KIRBY NOONAN LANCE & HOGE LLP
2 | 600 West Broadway
Suite 1100
3 | San Diego, CA 92101
(619) 231-8666
4

5 | Attorney(s) for          United National Maintenance, Inc.

6 | UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

7 | Plaintiff:    United National Maintenance, Inc.          Case No:   07CV2172BEN(JMA)

8 | Defendant: San Diego Convention Center Corporation, Inc., etc.    **PROOF OF SERVICE BY MAIL**

9 | I, the undersigned, certify and declare as follows:

10 | I am over the age of 18 years, and not a party to this action.  My business address is 917 West
11 | Grape Street, San Diego, CA  92101, which is located in the county where the mailing described
below took place.

12 | I am readily familiar with the business practice at my place of business for collection and processing
13 | of correspondence for mailing with the United States Postal Service.  Correspondence so collected
and processed is deposited with the United States Postal Service that same day in the ordinary
14 | course of business.

15 | On November 19, 2007    at my place of business at San Diego, California, copy of the:

16 | SEE ATTACHED LIST

17

18 | were placed for deposit in the United States Postal service in a sealed envelope with postage
prepaid, addressed to:

19 | San Diego Convention Center Corporation, Inc., a California corporation
111 West Harbor Drive
20 | San Diego, CA 92101

21 | and that envelope was placed for collection and mailing (by first-class mail, postage prepaid) on that
22 | date following ordinary business practice.

23 | I certify and declare under penalty of perjury under the laws of the State of California that the
foregoing is true and correct.

24 | Executed on November 19, 2007    at San Diego, California.

25

26 | _Ariel Pantanella_
ARIEL PANTANELLA
27

28

---

**PROOF OF SERVICE BY MAIL**

LIST OF DOCUMENTS SERVED
United National Maintenance, Inc. Vs. San Diego Convention Center
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
CASE NO.: 07CV2172BEN(JMA)

1. SUMMONS IN A CIVIL ACTION

2. VERIFIED COMPLAINT

3. CIVIL CASE COVER SHEET

4. EX PARTE APPLICATION FOR AN ORDER SHORTENING TIME TO HEAR PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

5. MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF'S EX PARTE APPLICATION FOR AN ORDER SHORTENING TIME TO HEAR OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

6. CERTIFICATE OF COUNSEL IN SUPPORT OF PLAINTIFF'S EX PARTE APPLICATION FOR AN ORDER SHORTENING TIME TO HEAR PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

7. ORDER GRANTING PLAINTIFF'S EX PARTE APPLICATION FOR AN ORDER SHORTENING TIME TO HEAR PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

8. UNITED NATIONAL MAINTENANCE'S NOTICE OF MOTION AND MOTION FOR PRELIMINARY INJUNCTION

9. MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION

10. DECLARATION OF JACOB M. SLANIA IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION

11. PROPOSED ORDER GRANTING PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION