WILSON PETTY KOSMO & TURNER LLP
REGINA A. PETTY (106163)
SOTERA L. ANDERSON (211025)
550 West C Street, Suite 1050
San Diego, California 92101
Telephone: (619) 236-9600
Facsimile: (619) 236-9669
**E-mail:** rpetty@wpkt.com
**E-mail:** sanderson@wpkt.com

Attorneys for Defendant
SAN DIEGO CONVENTION CENTER
CORPORATION, INC.

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED NATIONAL MAINTENANCE INC, A NEVADA CORPORATION,<br><br>                    Plaintiff,<br><br>          v.<br><br>SAN DIEGO CONVENTION CENTER CORPORATION, INC., A CALIFORNIA CORPORATION,<br><br>                    Defendant. | Case No. 07-CV-2172 BEN (JMA)<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT SAN DIEGO CONVENTION CENTER CORPORATION, INC.'S MOTION TO STRIKE PORTIONS OF PLAINTIFF'S COMPLAINT PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE, RULE 12(f)**<br><br>Complaint Filed: November 13, 2007<br><br>Date:      January 28, 2008<br>Time:     10:30 a.m.<br>Dept.:     3<br>Judge:    Hon. Roger T. Benitez<br>Trial Date:  Not Set<br><br>**[EXEMPT FROM FEES –GOV. CODE, § 6103]** |

**TO ALL PARTIES AND TO THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that pursuant to Rule 201 of the Federal Rules of Evidence,

Defendant SAN DIEGO CONVENTION CENTER CORPORATION, INC. ("Defendant"),

respectfully requests that the Court take judicial notice of the following document in support of its

Motion to Strike portions of Plaintiff's Complaint.

REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT SAN DIEGO CONVENTION CENTER
CORPORATION, INC.'S MOTION TO STRIKE PORTIONS OF PLAINTIFF'S COMPLAINT

| Exhibit | Description |
|---------|-------------|
| A | Articles of Incorporation of San Diego Convention Center Corporation, Inc. filed on October 31, 1984. |
| B | San Diego Municipal Code, Chapter 4, Article 01, Division 25, San Diego Tourism Marketing District Procedural Ordinance. |

Pursuant to Rule 201 of the Federal Rules of Evidence, the Court may take judicial notice of facts that are "not subject to reasonable dispute in that [they are]…(2) capable of accurate and ready determination by resort to sources whose accuracy cannot be reasonably questioned." It is proper for the district court to "take judicial notice of matters of public record outside the pleadings" and consider them for purposes of a motion to strike. *See Thompson v. Shasta County/Dept of Res. Mgmt. Bldg. Div.*, 2007 U.S. LEXIS 3309 (E.D. Cal. 2007).

A party's Articles of Incorporation is the type of fact that Courts take judicial notice of. *See Haynes v. Logan Assistance Corp.*, 1990 U.S. Dist. LEXIS 9847 (1990) (Court took judicial notice of Defendant nonprofit corporation's Articles of Incorporation when deciding Defendant's motion). The Articles of Incorporation attached as Exhibit A reflect public records on file with the California Secretary of State. These Articles reflect the fact that the City of San Diego set up the San Diego County Convention Center as a public corporation. Therefore, under Rule 201 of the Federal Rules of Evidence the Court may take judicial notice of the attached Articles of Incorporation.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Case No. 07-CV-2172 BEN (JMA)

REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT SAN DIEGO CONVENTION CENTER CORPORATION, INC.'S MOTION TO STRIKE PORTIONS OF PLAINTIFF'S COMPLAINT

1    Additionally, a Municipal Code is also the type of fact that Court takes judicial notice of

2  when determining motions to dismiss as it is a matter of public record. *Mir v. Little Co. of Mary*

3  *Hospital*, 844 F.2d 646, 649 (9th Cir. 1988) *citing MGIC Indem. Corp. v. Weisman*, 803 F.2d 500,

4  504 (9th Cir. 1986).  Accordingly, under Rule 201 of the Federal Rules of Evidence the Court may

5  take judicial notice of the attached Municipal Code.

6

7  Dated:       December 5, 2007                **WILSON PETTY KOSMO & TURNER LLP**

8

9                                               By:      /SOTERA L. ANDERSON
                                                REGINA A. PETTY
10                                              SOTERA L. ANDERSON

11                                              Attorneys for Defendant
                                                SAN DIEGO CONVENTION CENTER
12                                              CORPORATION

REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT SAN DIEGO CONVENTION CENTER
CORPORATION, INC.'S MOTION TO STRIKE PORTIONS OF PLAINTIFF'S COMPLAINT