# Exhibit A



1261143

ARTICLES OF INCORPORATION

OF

SAN DIEGO CONVENTION CENTER CORPORATION, INC.

Page 1

ENDORSED
FILED
In the office of the Secretary of State
of the State of California

OCT 31 1984

MARCH FONG EU, Secretary of State
Gloria J. Carroll
Deputy

### ARTICLE I

The name of this corporation is San Diego Convention Center Corporation, Inc.

### ARTICLE II

A. This corporation is a nonprofit public benefit corporation and is not organized for the private gain of any person. It is organized under the Nonprofit Public Benefit Corporation Law for public purposes.

B. The specific purpose of this corporation is to operate and manage the San Diego Convention Center.

### ARTICLE III

The name and address in the State of California of this corporations's initial agent for service of process is: Curtis M. Fitzpatrick, Assistant City Attorney, City of San Diego, San Diego, CA 92101.

### ARTICLE IV

A. This corporation is organized and operated exclusively for charitable purposes within the meaning of Section 501(c)(3) of the Internal Revenue Code.

Page 2

B. No substantial part of the activities of this corporation shall consist of carrying on propaganda, or otherwise attempting to influence legislation, and the corporation shall not participate or intervene in any political campaign (including the publishing or distribution of statements) on behalf of any candidate for public office.

ARTICLE V

The principal office for the transaction of the business of this corporation is to be located in the City of San Diego, County of San Diego, State of California.

ARTICLE VI

The property of this corporation is irrevocably dedicated to charitable, educational and civic purposes and, upon the liquidation, dissolution or abandonment thereof, the assets thereof will not inure to the benefit of any private, person, officer or director of this corporation, but shall be distributed to The City of San Diego, or to such fund, foundation or corporation organized and operated for charitable, educational and civic purposes as may be designated by the City Council of The City of San Diego, and none of the property, assets or earnings of this corporation may be used to carry on propaganda or otherwise attempt to influence legislation.

Page 3

## ARTICLE VII

The City of San Diego, a municipal corporation, shall be the sole member of this corporation.

IN WITNESS WHEREOF I, the undersigned, constituting the incorporator of this corporation has hereunto set my hand this 26th day of October, 1984.

*(Signature of Incorporator)*

_____
Curtis M. Fitzpatrick, Incorporator

STATE OF CALIFORNIA, ) 
                             ) SS.
COUNTY OF SAN DIEGO )

On __October 26, 1984__ before me, __Barbara J. Berridge,__ a Notary Public in and for said County and State, personally appeared __Curtis M. Fitzpatrick__, known to me to be the person___ whose name is ~~are~~ subscribed to the within instrument and acknowledged that __he__ executed the same.

WITNESS my hand and official seal.
   Notary Stamp below)

Notary Public in and for said San Diego County, State of California

OFFICIAL SEAL
BARBARA J. BERRIDGE
NOTARY PUBLIC - CALIFORNIA
PRINCIPAL OFFICE IN
SAN DIEGO COUNTY
My Commission Expires March 29, 1988