1  WILSON PETTY KOSMO & TURNER LLP
   REGINA A. PETTY (106163)
2  SOTERA L. ANDERSON (211025)
   550 West C Street, Suite 1050
3  San Diego, California 92101
   Telephone: (619) 236-9600
4  Facsimile: (619) 236-9669
   **E-mail:** rpetty@wpkt.com
5  **E-mail:** sanderson@wpkt.com

6  Attorneys for Defendant
   SAN DIEGO CONVENTION CENTER
7  CORPORATION, INC.

8

9                 **UNITED STATES DISTRICT COURT**

10                **SOUTHERN DISTRICT OF CALIFORNIA**

11

| | |
|---|---|
| 12  UNITED NATIONAL MAINTENANCE INC, A NEVADA CORPORATION, | Case No. 07-CV-2172 BEN (JMA) |
| 13              Plaintiff, | **DEFENDANT SAN DIEGO CONVENTION CENTER CORPORATION, INC.'S NOTICE OF MOTION TO DISMISS PLAINTIFF'S COMPLAINT PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE, RULES 12(B)(1) AND 12(B)(6)** |
| 14       v. | |
| 15  SAN DIEGO CONVENTION CENTER CORPORATION, INC., A CALIFORNIA CORPORATION, | |
| 16 | |
| 17              Defendant. | Complaint Filed: November 13, 2007 |
| 18 | Date:      January 28, 2008
Time:      10:30 a.m.
Dept.:     3
Judge:     Hon. Roger T. Benitez
Trial Date: Not Set |
| 19 | |
| 20 | |
| 21 | |
| 22 | **[EXEMPT FROM FEES –GOV. CODE, § 6103]** |
| 23 | |

24      **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

25      **YOU ARE HEREBY NOTIFIED THAT** the Motion to Dismiss of Defendant SAN

26 DIEGO CONVENTION CENTER CORPORATION, INC. ("SDCCC") to Plaintiff's entire

27 Complaint will be heard on January 28, 2008, at 10:30 a.m. in Courtroom 3 of this Court, located at

28 880 Front Street, San Diego, California 92101.

1    SDCCC's Motion to Dismiss is based on the following grounds:

2    Plaintiff's entire Complaint fails to state claims for which relief can be granted. No cause of
3 action can lie against municipality such as SDCCC where it has simply exercised its right to control
4 matters concerning the public welfare, which is exactly what SDCCC's security policy seeks to
5 accomplish. Fed. R. Civ. P. 12(b)(6).

6    Plaintiff's first, second, third, and fourth causes of action based on the Sherman Act
7 (Attempted Monopolization, Essential Facilities, Group Boycott, and Exclusive Dealing) fail to state
8 claims upon which relief can be granted. Fed. R. Civ. P. 12(b)(6). Namely, SDCCC is exempt from
9 liability under the antitrust laws under the "state action doctrine."

10   Additionally, Plaintiff's first four causes of action for violation of the Sherman Act also fail
11 as Plaintiff has failed to allege sufficient facts showing SDCCC's security policy has a direct and
12 substantial affect on interstate commerce. Fed. R. Civ. P. 12(b)(6).

13   Considering each of Plaintiff's federal claims fail, the Court lacks supplemental subject
14 matter jurisdiction over Plaintiff's state claims - Plaintiff's fifth, sixth, and seventh causes of action
15 (Interference with Contract, Interference with Prospective Business Advantage, and violation of
16 Business and Professions Code section 17000). Fed. R. Civ. P. 12(b)(1).

17   Finally, even if the Court did have jurisdiction over Plaintiff's state claims, Plaintiff has
18 failed to state claims upon which relief can be granted. Fed. R. Civ. P. 12(b)(6). Namely, SDCCC
19 enjoys governmental immunity for the state claims under the Tort Claims Act.

20   This Motion to Dismiss is based upon this Notice of Motion, the attached Memorandum of
21 Points and Authorities in Support of Motion, the Request for Judicial Notice (filed along with this
22 Motion), and all pleadings and papers in the court's file, any other matters of which the court may
23 take judicial notice and upon such oral argument as may be entertained by this court.

24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

-2-     Case No. 07-CV-2172 BEN (JMA)
DEFENDANT SAN DIEGO CONVENTION CENTER CORPORATION, INC.'S NOTICE OF MOTION TO DISMISS PLAINTIFF'S COMPLAINT

WHEREFORE, Defendant SDCCC prays that its Motion to Dismiss be sustained without leave to amend.

Dated: December 5, 2007

**WILSON PETTY KOSMO & TURNER LLP**

By: /SOTERA L. ANDERSON
REGINA A. PETTY
SOTERA L. ANDERSON

Attorneys for Defendant
SAN DIEGO CONVENTION CENTER CORPORATION