WILSON PETTY KOSMO & TURNER LLP
REGINA A. PETTY (106163)
SOTERA L. ANDERSON (211025)
550 West C Street, Suite 1050
San Diego, California 92101
Telephone: (619) 236-9600
Facsimile: (619) 236-9669
**E-mail:** rpetty@wpkt.com
**E-mail:** sanderson@wpkt.com

Attorneys for Defendant
SAN DIEGO CONVENTION CENTER
CORPORATION, INC.

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED NATIONAL MAINTENANCE INC, A NEVADA CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>SAN DIEGO CONVENTION CENTER CORPORATION, INC., A CALIFORNIA CORPORATION,<br><br>Defendant. | Case No. 07-CV-2172 BEN (JMA)<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT SAN DIEGO CONVENTION CENTER CORPORATION, INC.'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE, RULES 12(B)(1) AND 12(B)(6)**<br><br>Complaint Filed: November 13, 2007<br><br>Date:      January 28, 2008<br>Time:      10:30 a.m.<br>Dept.:     3.<br>Judge:    Hon. Roger T. Benitez<br>Trial Date: Not Set<br><br>**[EXEMPT FROM FEES –GOV. CODE, § 6103]** |

**TO ALL PARTIES AND TO THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that pursuant to Rule 201 of the Federal Rules of Evidence, Defendant SAN DIEGO CONVENTION CENTER CORPORATION, INC. ("Defendant"), respectfully requests that the Court take judicial notice of the following document in support of its Motion to Dismiss Plaintiff's Complaint.

-1-                         Case No. 07-CV-2172 BEN (JMA)
REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT SAN DIEGO CONVENTION CENTER
CORPORATION, INC.'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT

| Exhibit | Description |
|---|---|
| A | Articles of Incorporation of San Diego Convention Center Corporation, Inc. filed on October 31, 1984. |
| B | San Diego Municipal Code, Chapter 4, Article 01, Division 25, San Diego Tourism Marketing District Procedural Ordinance. |
| C | Plaintiff's Complaint filed in the San Diego Superior Court, Case No. 37-2007-00072054-CU-BT-CTL |

Pursuant to Rule 201 of the Federal Rules of Evidence, the Court may take judicial notice of facts that are "not subject to reasonable dispute in that [they are]…(2) capable of accurate and ready determination by resort to sources whose accuracy cannot be reasonably questioned." It is proper for the district court to "take judicial notice of matters of public record outside the pleadings" and consider them for purposes of a motion to dismiss. *Mir v. Little Co. of Mary Hospital*, 844 F.2d 646, 649 (9th Cir. 1988) *citing MGIC Indem. Corp. v. Weisman*, 803 F.2d 500, 504 (9th Cir. 1986) (court took judicial notice of motion to dismiss filed in a separate suit and considered it in the motion to dismiss before them).

A party's Articles of Incorporation is the type of fact that Courts take judicial notice of when determining motions to dismiss. *See Haynes v. Logan Assistance Corp.*, 1990 U.S. Dist. LEXIS 9847 (1990) (Court took judicial notice of Defendant nonprofit corporation's Articles of Incorporation when deciding Defendant's 12(b)(6) motion to dismiss). The Articles of Incorporation attached as Exhibit A reflect public records on file with the California Secretary of State. These Articles reflect the fact that the City of San Diego set up the San Diego County Convention Center as a public corporation. Therefore, under Rule 201 of the Federal Rules of Evidence the Court may take judicial notice of the attached Articles of Incorporation.

/ / /

/ / /

/ / /

/ / /

/ / /

-2-   Case No. 07-CV-2172 BEN (JMA)
REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT SAN DIEGO CONVENTION CENTER CORPORATION, INC.'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT

1   Additionally, a Municipal Code and pleadings filed with the Court are also the types of fact
2   that Court takes judicial notice of when determining motions to dismiss as it is a matter of public
3   record. *Mir v. Little Co. of Mary Hospital*, 844 F.2d 646, 649 (9th Cir. 1988) *citing MGIC Indem.*
4   *Corp. v. Weisman*, 803 F.2d 500, 504 (9th Cir. 1986).  Accordingly, under Rule 201 of the Federal
5   Rules of Evidence the Court may take judicial notice of the attached Municipal Code and Superior
6   Court Complaint.

Dated:      December 5, 2007                         **WILSON PETTY KOSMO & TURNER LLP**

                                                     By:      /SOTERA L. ANDERSON
                                                              REGINA A. PETTY
                                                              SOTERA L. ANDERSON

                                                              Attorneys for Defendant
                                                              SAN DIEGO CONVENTION CENTER
                                                              CORPORATION

-3-                                         Case No. 07-CV-2172 BEN (JMA)
REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT SAN DIEGO CONVENTION CENTER
CORPORATION, INC.'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT