1  WILSON PETTY KOSMO & TURNER LLP
   REGINA A. PETTY (106163)
2  SOTERA L. ANDERSON (211025)
   550 West C Street, Suite 1050
3  San Diego, California  92101
   Telephone:  (619) 236-9600
4  Facsimile:  (619) 236-9669
   **E-mail:**  rpetty@wpkt.com
5  **E-mail:**  sanderson@wpkt.com

6  Attorneys for Defendant
   SAN DIEGO CONVENTION CENTER
7  CORPORATION, INC.

8

9              UNITED STATES DISTRICT COURT

10             SOUTHERN DISTRICT OF CALIFORNIA

11

| | |
|---|---|
| 12  UNITED NATIONAL MAINTENANCE INC, A NEVADA CORPORATION, | Case No. 07-CV-2172 BEN (JMA) |
| 13            Plaintiff, | **FILED UNDER SEAL PURSUANT TO DEFENDANT SAN DIEGO CONVENTION CENTER CORPORATION, INC.'S EX PARTE APPLICATION TO FILE DECLARATION OF CHUCK GUTENSOHN UNDER SEAL** |
| 14      v. | |
| 15  SAN DIEGO CONVENTION CENTER CORPORATION, INC., A CALIFORNIA CORPORATION, | |
| 16 | **DECLARATION OF CHUCK GUTENSOHN IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION** |
| 17            Defendant. | |
| | Complaint Filed:  November 13, 2007 |
| | Date:      January 7, 2008<br>Time:      10:30 a.m.<br>Dept.:     3<br>Judge:     Hon. Roger T.  Benitez<br>Trial Date: Not Set |

-1-                    Case No. 07-CV-2172 BEN (JMA)
FILED UNDER SEAL PURSUANT TO DEFENDANT SAN DIEGO CONVENTION CENTER
CORPORATION, INC.'S EX PARTE APPLICATION TO FILE DECLARATION OF CHUCK GUTENSOHN
UNDER SEAL

DECLARATION OF CHUCK GUTENSOHN IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFF'S
MOTION FOR PRELIMINARY INJUNCTION