WILSON PETTY KOSMO & TURNER LLP
REGINA A. PETTY (106163)
SOTERA L. ANDERSON (211025)
550 West C Street, Suite 1050
San Diego, California 92101
Telephone: (619) 236-9600
Facsimile: (619) 236-9669
**E-mail:** rpetty@wpkt.com
**E-mail:** sanderson@wpkt.com

Attorneys for Defendant
SAN DIEGO CONVENTION CENTER
CORPORATION, INC.

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED NATIONAL MAINTENANCE INC, A NEVADA CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>SAN DIEGO CONVENTION CENTER CORPORATION, INC., A CALIFORNIA CORPORATION,<br><br>Defendant. | Case No. 07-CV-2172 BEN (JMA)<br><br>**DECLARATION OF T. M. MAZZOCCO IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**<br><br>Complaint Filed: November 13, 2007<br><br>Date:       January 7, 2008<br>Time:      10:30 a.m.<br>Dept.:      3<br>Judge:     Hon. Roger T. Benitez<br>Trial Date: Not Set |

I, T. M. MAZZOCCO, declare as follows:

1.   I am the Vice President of Human Resources / Labor Relations of the San Diego Convention Center Corporation, Inc. ("SDCCC"), the Defendant in this matter. As such, I am familiar with SDCCC's personal, confidential, commercial and proprietary information about and provided to its employees, its personnel record keeping procedures, its background screening of employees and its training of employees. I am responsible for employment processing, compensation/benefits, employee relations, labor relations, training/staff development, workers' compensation and payroll-personnel information. Accordingly, I make this declaration of my own

-1-                                                   Case No. 07-CV-2172 BEN (JMA)
DECLARATION OF T. M. MAZZOCCO IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFF'S
MOTION FOR PRELIMINARY INJUNCTION

1 personal knowledge and if called upon to testify as a witness, I could and would competently testify
2 to the facts and opinions set forth herein.

3     2.    I have access to and have reviewed SDCCC's employee information to determine the number of employees on SDCCC's payroll who perform cleaning services at the Convention Center. Based upon my review, I have determined that SDCCC currently employs 35 full time employees who perform cleaning services at the facility. I have calculated the average number of years of service of those 35 employees to be 14.9 years with the most senior employee being with SDCCC for 18.13 years.

    3.    SDCCC provides each employee with an Employee Handbook which each employee is expected to read and know the contents therein. They are also expected to abide by the policies and procedures set forth in the Handbook, which includes embodying the "San Diego Spirit."

    4.    Each SDCCC employee undergoes a thorough evaluation and reference and background check. They are also required to undergo an initial drug screen test and each employee is subject to further drug screens. They also must undergo extensive training. And, all SDCCC employees are issued a photo identification badge which is to be worn at all times such that it is clearly visible.

    5.    Safety is engrained in the employees as being part of their job duties and each SDCCC employee is provided safety training. They are expected to follow safe practice rules and must be aware of safe operating procedures. They are trained on SDCCC's reporting requirements for all unsafe and hazardous conditions. They are trained on what to do in case of a fire, a bomb threat, how to administer first aid, what to do if a hazardous substance is discovered. SDCCC has

DEC-21-2007 17:59  SDCCC HR DEPT  619 525 5155 P.04/04
Case 3:07-cv-02172-BEN-JMA  Document 23  Filed 12/21/2007  Page 3 of 3

-3-

| | |
|---|---|
| 1 | the ability to impose disciplinary consequences on its employees for failing to comply with its rules |
| 2 | and standards. SDCCC lacks this enforcement mechanism as to people who work for vendors in the |
| 3 | Convention Center on a regular basis. |
| 4 |     I declare under penalty of perjury under the laws of the United States of America that the |
| 5 | foregoing is true and correct. Executed this 21st day of December, 2007, at San Diego California. |

By: _____
T. M. MAZZOCCO

-3-  Case No. 07-CV-2172 BEN (JMA)
DECLARATION OF T. M. MAZZOCCO IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION
TOTAL P.04