| | |
|---|---|
| **SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO** | |
| STREET ADDRESS:    330 West Broadway | |
| MAILING ADDRESS:    330 West Broadway | |
| CITY AND ZIP CODE:    San Diego, CA 92101 | |
| BRANCH NAME:    Central | |
| TELEPHONE NUMBER:  (619) 685-6144 | |

| |
|---|
| PLAINTIFF(S) / PETITIONER(S):        United National Maintenance Inc |
| DEFENDANT(S) / RESPONDENT(S):  SAN DIEGO CONVENTION CENTER CORPORATION INC |
| UNITED NATIONAL MAINTENANCE INC VS. SAN DIEGO CONVENTION CENTER CORPORATION INC |

| | |
|---|---|
| **NOTICE OF CASE ASSIGNMENT** | CASE NUMBER:<br>37-2007-00072054-CU-BT-CTL |

Judge:  Ronald S. Prager                                    Department: C-71

**COMPLAINT/PETITION FILED:** 07/30/2007

## CASES ASSIGNED TO THE PROBATE DIVISION ARE NOT REQUIRED TO COMPLY WITH THE CIVIL REQUIREMENTS LISTED BELOW

IT IS THE DUTY OF EACH PLAINTIFF (AND CROSS-COMPLAINANT) TO SERVE A COPY OF THIS NOTICE WITH THE COMPLAINT (AND CROSS-COMPLAINT).

ALL COUNSEL WILL BE EXPECTED TO BE FAMILIAR WITH SUPERIOR COURT RULES WHICH HAVE BEEN PUBLISHED AS DIVISION II, AND WILL BE STRICTLY ENFORCED.

**TIME STANDARDS:** The following timeframes apply to general civil cases and must be adhered to unless you have requested and been granted an extension of time. General civil consists of all cases except: Small claims appeals, petitions, and unlawful detainers.

**COMPLAINTS:** Complaints must be served on all named defendants, and a CERTIFICATE OF SERVICE (SDSC CIV-345) filed within 60 days of filing. This is a mandatory document and may not be substituted by the filing of any other document.

**DEFENDANT'S APPEARANCE:** Defendant must generally appear within 30 days of service of the complaint. (Plaintiff may stipulate to no more than a 15 day extension which must be in writing and filed with the Court.)

**DEFAULT:** If the defendant has not generally appeared and no extension has been granted, the plaintiff must request default within 45 days of the filing of the Certificate of Service.

THE COURT ENCOURAGES YOU TO CONSIDER UTILIZING VARIOUS ALTERNATIVES TO LITIGATION, INCLUDING MEDIATION AND ARBITRATION, PRIOR TO THE CASE MANAGEMENT CONFERENCE. MEDIATION SERVICES ARE AVAILABLE UNDER THE DISPUTE RESOLUTION PROGRAMS ACT AND OTHER PROVIDERS. SEE ADR INFORMATION PACKET AND STIPULATION.

YOU MAY ALSO BE ORDERED TO PARTICIPATE IN ARBITRATION PURSUANT TO CCP 1141.10 AT THE CASE MANAGEMENT CONFERENCE. THE FEE FOR THESE SERVICES WILL BE PAID BY THE COURT IF ALL PARTIES HAVE APPEARED IN THE CASE AND THE COURT ORDERS THE CASE TO ARBITRATION PURSUANT TO CCP 1141.10. THE CASE MANAGEMENT CONFERENCE WILL BE CANCELLED IF YOU FILE FORM SDSC CIV-359 PRIOR TO THAT HEARING



1 | James R. Lance (147173)
  |    jlance@knlh.com
2 | Jacob M. Slania (200652)
  |    jslania@knlh.com
3 | **KIRBY NOONAN LANCE & HOGE LLP**
  | 600 West Broadway, Suite 1100
4 | San Diego, California 92101-3387
  | Telephone (619) 231-8666
5 | Facsimile (619) 231-9593
6 | Attorneys for Plaintiff

F I L E D
Clerk of the Superior Court

JUL 3 0 2007

By: C. BOYLE , Deputy

7

8 | **SUPERIOR COURT OF THE STATE OF CALIFORNIA**

9 | **FOR THE COUNTY OF SAN DIEGO**

10

| | |
|---|---|
| 11  UNITED NATIONAL MAINTENANCE, INC., a Nevada Corporation, | CASE NO.  **37-2007-00072054-CU-BT-CTL** |
| 12  Plaintiff, | **COMPLAINT FOR INJUNCTIVE RELIEF AND DAMAGES (VIOLATION OF CARTWRIGHT ACT);** |
| 13  vs. | **INTERFERENCE WITH CONTRACT; INTERFERENCE WITH PROSPECTIVE ECONOMIC** |
| 14 | |
| 15  SAN DIEGO CONVENTION CENTER CORPORATION, INC., a California corporation; and DOES 1-20, inclusive, | **ADVANTAGE; VIOLATION OF UNFAIR PRACTICES ACT** |
| 16 | |
| 17  Defendant. | **[BUSINESS & PROFESSIONS CODE §§ 16700, *ET SEQ.*, 1700, *ET SEQ.*]** |

18 |     Plaintiff UNITED NATIONAL MAINTENANCE, INC. complains and alleges as

19 | follows:

20 | **GENERAL ALLEGATIONS**

21 |     1.     Plaintiff UNITED NATIONAL MAINTENANCE, INC. (hereinafter referred to

22 | as "UNITED NATIONAL") is, and at all times herein mentioned was, a corporation duly

23 | organized and existing under the laws of the State of Nevada, authorized and qualified to

24 | transact, and transacting business in California. UNITED NATIONAL presently conducts

25 | business in San Diego County, California. UNITED NATIONAL is engaged in the business

26 | of providing booth cleaning, janitorial, and related services (hereinafter referred to as "Booth

27 | Cleaning Services") at convention Facility, and has developed a national expertise for

28 | providing such services at trade shows and conventions. UNITED NATIONAL has provided

KNLH\469912.1

COMPLAINT FOR INJUNCTIVE RELIEF AND DAMAGES, ETC.

1 Booth Cleaning Services for over 40 years.

2    2.    Defendant SAN DIEGO CONVENTION CENTER CORPORATION, INC.

3 (hereinafter referred to as "SDCC") is, and at all times herein mentioned was, a corporation

4 duly organized and existing under the laws of the State of California, and authorized to

5 transact, and transacting, business in California, with its principal place of business in the City

6 and County of San Diego, California.  SDCC's Articles of Incorporation state that it is a non-

7 profit public benefit corporation, and its business purpose is to operate and manage the San

8 Diego Convention Center.

9    3.    The true names, capacities, and involvement of Defendants sued herein as

10 DOES 1 through 20, inclusive, whether individual, corporate, associate or otherwise, are

11 unknown to UNITED NATIONAL, who therefore sues these Defendants by such fictitious

12 names pursuant to Code of Civil Procedure section 474.  Each of these Defendants named as a

13 DOE was in some manner responsible for the events and happenings alleged herein, and for

14 UNITED NATIONAL's injuries and damages.  UNITED NATIONAL will amend this

15 complaint to allege such fictitiously named Defendants' true names, capacities, and

16 involvement once they are ascertained.

17    4.    UNITED NATIONAL is informed and believes and thereon alleges that at all

18 times herein mentioned, each of the Defendants was the agent, alter ego, co-conspirator,

19 servant, employee, joint venturer and partner of each other, and at all times relevant herein

20 was acting within the course and scope of such employment and/or relationship with the actual

21 and/or apparent authority to do so.

22                        **VENUE**

23    5.    Venue is appropriate in this judicial district because the acts complained of, and

24 the liability and injuries alleged herein, arose and occurred within the City and County of

25 San Diego.

26                 **TRADE SHOW OPERATIONS**

27    6.    SDCC operates and manages the San Diego Convention Center located at 111

28 West Harbor Drive, San Diego, California (hereinafter referred to as "Convention Facility"),

Kirby Noonan Lance & Hoge LLP
600 West Broadway, Suite 1100 San Diego, California 92101-3387

KNLH\469912.1

-2-

COMPLAINT FOR INJUNCTIVE RELIEF AND DAMAGES, ETC.

Kirby Noonan Lance & Hoge LLP
600 West Broadway, Suite 1100 San Diego, California 92101-3387

1  the only convention center of its size in San Diego. The Convention Facility is truly unique.

2  SDCC leases the Convention Facility, pursuant to license agreements, to various trade

3  associations for daily periods to hold trade shows. These trade associations came into San

4  Diego from numerous other states. The licensee Trade Associations hire general contractors,

5  such as GES Exposition Services ("GES") and Champion Exposition Services ("Champion"),

6  to organize and manage the trade shows.

7          7.    The General Contractors, including but not limited to GES and Champion, have

8  always had the absolute right to select companies to perform services associated with the trade

9  shows, including Booth Cleaning Services. GES and other general contractors have utilized

10  the services of UNITED NATIONAL to provide Booth Cleaning Services for more than 25

11  years. GES and other general contractors desire to continue to use the services of UNITED

12  NATIONAL in the future.

13          8.    UNITED NATIONAL has provided its services in San Diego for trade shows

14  since before the Convention Facility was even built. Once constructed, UNITED NATIONAL

15  has continuously provided its services at the Convention Facility. General contractors such as

16  GES and Champion have entered into long-term written contracts with UNITED NATIONAL

17  to provide Booth Cleaning Services for those trade shows operated and managed by them. A

18  redacted copy of the UNITED NATIONAL – GES Booth Cleaning Services contract is

19  attached hereto as Exhibit 1, and a redacted copy of the UNITED NATIONAL – Champion

20  Booth Cleaning Services contract is attached hereto as Exhibit 2.

21          9.    Under these contracts, freely negotiated and entered into in the marketplace,

22  GES and Champion agreed to pay UNITED NATIONAL 50% of the revenues received from

23  trade shows exhibitors for Booth Cleaning Services. From that 50%, UNITED NATIONAL

24  has to pay its overhead and operating costs, including paying its local San Diego employees.

25  The remainder of any revenue constitutes UNITED NATIONAL's profit margin.

26          10.   Even though SDCC purports to be a non-profit corporation, in 2007 it

27  implemented a policy that effectively eliminates the general contractors' right to use UNITED

28  NATIONAL by requiring UNITED NATIONAL to surrender to SDCC the entire 50% of

KNLH\469912.1
-3-
COMPLAINT FOR INJUNCTIVE RELIEF AND DAMAGES, ETC.

revenue UNITED NATIONAL would receive under its contracts with its clients, and to pay an hourly rate of $17.00 per man hour for move-in and move-out cleaning.

11.    In May, 2007, UNITED NATIONAL learned that SDCC had notified general contractors that effective July 1, 2007, all Booth Cleaning Services within the Convention Facility would have to be performed by SDCC employees.  On or about June 25, 2007, SDCC wrote a letter to UNITED NATIONAL informing UNITED NATIONAL that UNITED NATIONAL could continue to work at the Convention Facility, but that UNITED NATIONAL would have to use SDCC employees to perform Booth Cleaning Services.  A true and correct copy of SDCC's letter is attached hereto as Exhibit 3.  Under this mandatory arrangement, SDCC would require UNITED NATIONAL to surrender to SDCC the full 50% of revenue UNITED NATIONAL is entitled to under its contracts with the general contractors, such as GES and Champion.  On or about July, 2007, SDCC confirmed these facts in an e-mail to UNITED NATIONAL.  A true and correct copy of the e-mail string between SDCC and UNITED NATIONAL referencing the cost are attached hereto as Exhibit 4.

12.    Clearly, UNITED NATIONAL cannot operate under SDCC's mandatory proposal.  SDCC's proposal leaves no revenue for UNITED NATIONAL to operate at the Convention Facility.  SDCC's proposal to UNITED NATIONAL is simply an offer to commit financial suicide in the San Diego market.

13.    At the same time that SDCC notified UNITED NATIONAL of its new Booth Cleaning Services policy, SDCC also sent a written proposal to UNITED NATIONAL's customers regarding its ability to provide Booth Cleaning Services on the same terms offered by UNITED NATIONAL.  This proposal to general contractors states that SDCC will provide Booth Cleaning Services for all events at the Convention Facility and that the cost for providing such services will be 50% of all revenues received by the general contractor for Booth Cleaning Services.  A true and correct copy of SDCC's Booth Cleaning Services proposal sent to general contractors is attached hereto as Exhibit 5 and incorporated herein by this reference.  SDCC has also told the general contractors that if they do not accept SDCC's proposal that SDCC will provide all Booth Cleaning Services and retain 100% of all Booth

Kirby Noonan Lance & Hoge LLP
600 West Broadway, Suite 1100 San Diego, California 92101-3387

Kirby Noonan Lance & Hoge LLP
600 West Broadway, Suite 1100 San Diego, California 92101-3387

1   Cleaning Services revenue. This would prove extremely detrimental to the general

2   contractors, such that the general contractors are faced with no option, or they stand to lose all

3   Booth Cleaning Service revenues.

4        14.    SDCC told UNITED NATIONAL and the general contractors that it would no

5   longer allow outside employees to perform Booth Cleaning Services at the Convention

6   Facility allegedly because doing so presented security issues. UNITED NATIONAL asked

7   SDCC what security issues its employees presented and assured SDCC that UNITED

8   NATIONAL would provide and comply with an appropriate security protocol. To date, the

9   only security issues articulated by SDCC to UNITED NATIONAL was that some unidentified

10  UNITED NATIONAL employees were not wearing an appropriate name tag. In fact, SDCC

11  had informed UNITED NATIONAL that if UNITED NATIONAL employees wore the

12  UNITED NATIONAL shirt and the daily, colored wristband issued by SDCC that the name

13  tags were not necessary. This single issue was never brought to UNITED NATIONAL's

14  attention as a serious concern that might prevent it from operating at the Convention Facility

15  in the future.

16       15.    By virtue of managing and operating the Convention Facility for a number of

17  years, SDCC had complete knowledge of UNITED NATIONAL's Booth Cleaning Services

18  contracts with GES and Champion. SDCC, armed with such knowledge, is now attempting to

19  wrongfully deprive UNITED NATIONAL of its San Diego business operations, under the

20  guise of dealing with a "security issue." SDCC is actually preventing any competition from

21  for-profit businesses concerning Booth Cleaning Services at the Convention Facility. SDCC

22  is doing so unfairly and illegally by using its position of power and control of the Convention

23  Facility to force UNITED NATIONAL out of business and to force general contractors to use

24  SDCC services exclusively.

25                          **FIRST CAUSE OF ACTION**
    **(Violation of Business and Professions Code §§16700, *et seq.*, Against All Defendants)**

26

27       16.    UNITED NATIONAL realleges and incorporates herein by this reference each

28  and every one of the allegations contained in paragraphs 1 through 15 as though fully set forth

Kirby Noonan Lance & Hoge LLP
600 West Broadway, Suite 1100 San Diego, California 92101-3387

1  herein.

2     17.    At all times mentioned herein, UNITED NATIONAL has been engaged in

3  providing Booth Cleaning Services at the Convention Facility, and UNITED NATIONAL

4  competed with other businesses to provide those services.

5     18.    The lease of the Convention Facility, pursuant to license agreements between

6  SDCC and Trade Associations, is a unique right to use the Convention Facility, and constitutes

7  the "tying product." The Booth Cleaning Services, which SDCC has now mandated are to be

8  provided exclusively by SDCC personnel, is the "tied product." Up until recently, those two

9  separate products had never been tied together. SDCC is doing so under the guise that there is

10  a "security issue" when in fact there is no such security issue, as discussed in paragraphs 14

11  and 15, above.

12     19.    SDCC controls the Convention Facility in San Diego, and thus has sufficient

13  economic power to coerce Trade Associations, general contractors and UNITED NATIONAL

14  to exclusively use the Booth Cleaning Services of SDCC, which is the "tied product."

15     20.    SDCC's absolute requirement that all Booth Cleaning Services be performed

16  exclusively by SDCC personnel restrains the Trade Associations, as licensees of the

17  Convention Facility, as well as the general contractors, from selecting the service provider of

18  its choice to perform Booth Cleaning Services.

19     21.    As a direct consequence of Defendants' acts, competition in the Booth Cleaning

20  Services in the San Diego area has been, and will be, restrained, suppressed, and eliminated.

21  The Trade Associations, general contractors, UNITED NATIONAL and the general public

22  have been, and will be, deprived of the benefit of free, competitive providers of such services

23  and have been, and will be, forced to enter into exclusive, in-house agreements with SDCC to

24  provide the services.

25     22.    Defendants' continuing wrongful conduct as alleged hereinabove, unless and

26  until restrained by order of this court, will cause great and irreparable harm to UNITED

27  NATIONAL, including, but not limited to, UNITED NATIONAL not being permitted to work

28  at trade shows at the Convention Facility, and thereby being forced to fire its entire staff in

San Diego. UNITED NATIONAL will also be unable to comply with its contractual obligations with established customers (i.e., GES and Champion) to provide Booth Cleaning Services.

23.    UNITED NATIONAL has no adequate remedy at law for the injuries currently being suffered or which will result in the future from Defendants' continued wrongful conduct. In addition, damages have resulted and will result from said wrongful acts including, but not limited to, the loss in excess of $500,000 annually in revenue from the San Diego market, and the corresponding laying off of at least 50 full and/or part-time San Diego based employees. General contractors, Trade Associations, and other members of the public will be forced to file similar suits unless this Court restrains Defendants.

24.    The foregoing wrongful acts of Defendants constitute violations of sections 16700 *et seq.* of the California Business and Professions Code, entitling UNITED NATIONAL to, among other things, preliminary and permanent injunctive relief.

## SECOND CAUSE OF ACTION
### (Interference with Contract Against All Defendants)

25.    UNITED NATIONAL realleges and incorporates herein by this reference each and every one of the allegations contained in paragraphs 1 through 24 as though fully set forth herein.

26.    As alleged in paragraph 8 above, UNITED NATIONAL has established contractual business relationships with GES and with Champion, whereby UNITED NATIONAL provides the Booth Cleaning Services for trade shows at the Convention Facility for which GES or Champion are the general contractors.

27.    SDCC knew of the above described contractual business relationships existing between UNITED NATIONAL and the general contractors. SDCC has known of said business relationships for many years by virtue of its operation and management of the Convention Facility.

28.    The aforementioned acts of SDCC, mandating that only SDCC personnel are authorized to perform Booth Cleaning Services at the Convention Facility, and requiring

Kirby Noonan Lance & Hoge LLP
600 West Broadway, Suite 1100 San Diego, California 92101-3387

Kirby Noonan Lance & Hoge LLP
600 West Broadway, Suite 1100 San Diego, California 92101-3387

1 payments be made to SDCC in conjunction therewith, demonstrates SDCC's intent to disrupt

2 and destroy UNITED NATIONAL'S established contractual business relationships. SDCC

3 committed these acts with the intent to harm UNITED NATIONAL financially, and to induce

4 the general contractors to sever their business relationships with UNITED NATIONAL, and to

5 terminate UNITED NATIONAL's San Diego business. SDCC's stated reason for requiring its

6 employees to perform Booth Cleaning Services, a "security issue," is pretextual and false, as

7 mentioned in paragraphs 14 and 15 above.

8     29.     As a proximate result of SDCC's conduct, UNITED NATIONAL has and will

9 suffer irreparable injury and will sustain damages, including but not limited to the loss of at

10 least $500,000 annually in San Diego based revenue, as well as the loss of its San Diego based

11 employees.

12     30.     The aforementioned acts of Defendants were willful, wanton, malicious, and

13 oppressive, and justify the awarding of exemplary and punitive damages pursuant to

14 California Civil Code section 3294 in an amount according to proof at trial.

15                              **THIRD CAUSE OF ACTION**
   **(Interference with Prospective Business Advantage Against All Defendants)**
16

17     31.     UNITED NATIONAL realleges and incorporates herein by this reference each

18 and every one of the allegations contained in paragraphs 1 through 24 as though fully set forth

19 herein.

20     32.     UNITED NATIONAL has prospective business relationships with other general

21 contractors, including but not limited to Brede National, Paradice, and others, for Booth

22 Cleaning Services at the Convention Facility.

23     33.     SDCC knew of the above described prospective business relationships existing

24 between UNITED NATIONAL and other general contractors. SDCC has known of said

25 business relationships for many years by virtue of its operation and management of the

26 Convention Facility.

27     34.     The aforementioned acts of SDCC, mandating that only SDCC personnel are

28 authorized to perform Booth Cleaning Services at the Convention Facility, and requiring

1  payments be made to SDCC in conjunction therewith, demonstrate SDCC's intent to disrupt

2  and destroy UNITED NATIONAL'S prospective business relationships. SDCC committed

3  these acts with the intent to harm UNITED NATIONAL financially, and to induce the general

4  contractors to sever their business relationships with UNITED NATIONAL, and to terminate

5  UNITED NATIONAL's San Diego business. SDCC stated reason for requiring its employees

6  to perform Booth Cleaning Services, a "security issue," is pretextual and false, as mentioned in

7  paragraphs 14 and 15, above.

8       35.    The above described acts of UNITED NATIONAL are wrongful by a measure

9  other than the interference itself, because the acts constitute violations of California Business

10  and Professions Code §§16700, *et seq.* and 17000, *et seq.*

11      36.    As a proximate result of SDCC's conduct, UNITED NATIONAL has and will

12  suffer irreparable injury and will sustain damages, including but not limited to the loss of at

13  least $500,000 annually in San Diego based revenue, as well as the loss of its San Diego based

14  employees.

15      37.    The aforementioned acts of Defendants were willful, wanton, malicious, and

16  oppressive, and justify the awarding of exemplary and punitive damages pursuant to

17  California Civil Code section 3294 in an amount according to proof at trial.

18                          **FOURTH CAUSE OF ACTION**
      **(Violation of Business and Professions Code §§17000, *et seq.*, Against All Defendants)**
19

20      38.    UNITED NATIONAL realleges and incorporates herein by this reference each

21  and every one of the allegations contained in paragraphs 1 through 30 as though fully set forth

22  herein.

23      39.    The aforementioned acts of Defendants constitute violations of the Unfair

24  Business Practices Act, sections 17000, *et seq.*, of the Business and Professions Code. As a

25  proximate result of the above mentioned acts of Defendants, UNITED NATIONAL has and

26  will continue to sustain irreparable harm, entitling UNITED NATIONAL to damages and

27  preliminary and permanent injunctive relief pursuant to Business and Professions Code section

28  17203.

KNLH\469912.1
COMPLAINT FOR INJUNCTIVE RELIEF AND DAMAGES, ETC.

Kirby Noonan Lance & Hoge LLP
600 West Broadway, Suite 1100 San Diego, California 92101-3387

1    40.    The aforementioned acts were done by Defendants willfully and maliciously

2  and with the intent to injure and oppress UNITED NATIONAL and, by reason thereof,

3  UNITED NATIONAL is entitled to exemplary and punitive damages in an amount according

4  to proof at trial, pursuant to Civil Code section 3294.

5    WHEREFORE, UNITED NATIONAL prays for judgment against Defendants, and

6  each of them, as follows:

7    1.    For an order requiring Defendants, and each of them, to show cause, if any, why

8  they should not be enjoined as set forth below, during the pendency of this action;

9    2.    That the Court issue a temporary restraining order and, thereafter, a preliminary

10  and permanent injunction, enjoining Defendants, and each of them, their agents, servants, and

11  employees, and all persons acting under, in concert with, or for them, from directly or

12  indirectly or in any manner (a) entering into Booth Cleaning agreements for the San Diego

13  Convention Center which require that SDCC employees and/or personnel to be used as the

14  exclusive, in-house provider of Booth Cleaning Services and (b) engaging in unlawful

15  restraints of trade, unfair business practices, and interference with both contractual and

16  prospective business relationships by prohibiting general contractors and Trade Associations

17  from utilizing the company of their choice to provide Booth Cleaning Services at the

18  Convention Facility;

19    3.    For compensatory damages in an amount according to proof at trial;

20    4.    That said damages be trebled pursuant to Business and Professions Code section

21  17082 (on the Fourth Cause of Action only);

22    5.    For exemplary and punitive damages in an amount according to proof at trial;

23    6.    For interest thereon at the maximum legally permissible rate;

24    7.    For reasonable attorney's fees as allowable by law;

25    8.    For costs of suit herein incurred; and

26

27

28

Kirby Noonan Lance & Hoge LLP
600 West Broadway, Suite 1100 San Diego, California 92101-3387

KNLH\469912.1
-10-
COMPLAINT FOR INJUNCTIVE RELIEF AND DAMAGES, ETC.

9.    For such other and further relief as the Court may deem just and proper.

DATED: July 30, 2007                    KIRBY NOONAN LANCE & HOGE LLP

By: _____
    James R. Lance
    Jacob M. Slania
    Attorneys for Plaintiff

Kirby Noonan Lance & Hoge LLP
600 West Broadway, Suite 1100 San Diego, California 92101-3387

KNLH\469912.1

-11-

COMPLAINT FOR INJUNCTIVE RELIEF AND DAMAGES, ETC.

# SUMMONS
## (CITACION JUDICIAL)

SUM-100

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
SAN DIEGO CONVENTION CENTER CORPORATION, INC., a California corporation; and DOES 1-20, inclusive

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
UNITED NATIONAL MAINTENANCE, INC., a Nevada Corporation

FOR COURT USE ONLY
*(SOLO PARA USO DE LA CORTE)*

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.courtinfo.ca.gov/selfhelp/espanol/), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.courtinfo.ca.gov/selfhelp/espanol/) o poniéndose en contacto con la corte o el colegio de abogados locales.*

| The name and address of the court is: *(El nombre y dirección de la corte es):* | CASE NUMBER *(Número del Caso)*: **37-2007-00072054-CU-BT-CTL** |
|---|---|

Superior Court
330 West Broadway
San Diego, CA 92101

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
James R. Lance (147173) / Jacob M. Slania (200652)    (619) 231-8666    (619) 231-9593
Kirby Noonan Lance & Hoge LLP
600 West Broadway, Ste. 1100
San Diego, CA 92101

DATE:
*(Fecha)* JUL 3 0 2007

Clerk, by _____ , Deputy
*(Secretario)* C. BOYLE *(Adjunto)*

(For proof of service of this summons, use Proof of Service of Summons *(form POS-010)*.)
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*

3. ☐ on behalf of *(specify):*

   under: ☐ CCP 416.10 (corporation)     ☐ CCP 416.60 (minor)
   ☐ CCP 416.20 (defunct corporation)    ☐ CCP 416.70 (conservatee)
   ☐ CCP 416.40 (association or partnership)   ☐ CCP 416.90 (authorized person)
   ☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

[SEAL]

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. January 1, 2004]

**SUMMONS**

Legal Solutions Plus

Code of Civil Procedure §§ 412.20, 465

**CM-010**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| James R. Lance (147173)<br>Jacob M. Slania (200652)<br>Kirby Noonan Lance & Hoge LLP<br>600 West Broadway, Ste. 1100<br>San Diego, CA 92101<br>TELEPHONE NO.: (619) 231-8666  FAX NO.: (619) 231-9593<br>ATTORNEY FOR (Name): Plaintiff United National Maintenance, Inc. | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF San Diego
STREET ADDRESS: 330 West Broadway
MAILING ADDRESS:
CITY AND ZIP CODE: San Diego, CA 92101
BRANCH NAME:

CASE NAME: UNITED NATIONAL MAINTENANCE v. SAN DIEGO CONVENTION CENTER CORP.

| CIVIL CASE COVER SHEET<br>[X] Unlimited    [ ] Limited<br>(Amount demanded exceeds $25,000)   (Amount demanded is $25,000 or less) | Complex Case Designation<br>[ ] Counter    [ ] Joinder<br>Filed with first appearance by defendant<br>(Cal. Rules of Court, rule 3.402) | CASE NUMBER<br>37-2007-00072054-CU-BT-CTL<br>JUDGE<br>DEPT |
|---|---|---|

*Items 1-6 below must be completed (see instructions on page 2).*

1. Check **one** box below for the case type that best describes this case:

**Auto Tort**
[ ] Auto (22)
[ ] Uninsured motorist (46)

**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
[ ] Asbestos (04)
[ ] Product liability (24)
[ ] Medical malpractice (45)
[ ] Other PI/PD/WD (23)

**Non-PI/PD/WD (Other) Tort**
[X] Business tort/unfair business practice (07)
[ ] Civil rights (08)
[ ] Defamation (13)
[ ] Fraud (16)
[ ] Intellectual property (19)
[ ] Professional negligence (25)
[ ] Other non-PI/PD/WD tort (35)

**Employment**
[ ] Wrongful termination (36)
[ ] Other employment (15)

**Contract**
[ ] Breach of contract/warranty (06)
[ ] Rule 3.740 collections (09)
[ ] Other collections (09)
[ ] Insurance coverage (18)
[ ] Other contract (37)

**Real Property**
[ ] Eminent domain/Inverse condemnation (14)
[ ] Wrongful eviction (33)
[ ] Other real property (26)

**Unlawful Detainer**
[ ] Commercial (31)
[ ] Residential (32)
[ ] Drugs (38)

**Judicial Review**
[ ] Asset forfeiture (05)
[ ] Petition re: arbitration award (11)
[ ] Writ of mandate (02)
[ ] Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400-3.403)**
[ ] Antitrust/Trade regulation (03)
[ ] Construction defect (10)
[ ] Mass tort (40)
[ ] Securities litigation (28)
[ ] Environmental/Toxic tort (30)
[ ] Insurance coverage claims arising from the above listed provisionally complex case types (41)

**Enforcement of Judgment**
[ ] Enforcement of judgment (20)

**Miscellaneous Civil Complaint**
[ ] RICO (27)
[ ] Other complaint (not specified above) (42)

**Miscellaneous Civil Petition**
[ ] Partnership and corporate governance (21)
[ ] Other petition (not specified above) (43)

2. This case [ ] is [X] is not complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. [ ] Large number of separately represented parties
   b. [ ] Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
   c. [ ] Substantial amount of documentary evidence
   d. [ ] Large number of witnesses
   e. [ ] Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   f. [ ] Substantial postjudgment judicial supervision

3. Remedies sought (check all that apply): a. [X] monetary b. [X] nonmonetary; declaratory or injunctive relief c. [X] punitive

4. Number of causes of action (specify): Four

5. This case [ ] is [X] is not a class action suit.

6. If there are any known related cases, file and serve a notice of related case. (You may use form CM-015.)

Date: July 30, 2007

Jacob M. Slania
(TYPE OR PRINT NAME)        ▶ *[signature]*      (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on **all** other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

**CIVIL CASE COVER SHEET**

Legal Solutions Plus

Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740;
Cal. Standards of Judicial Administration, std. 3.10