| UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA | COURT USE ONLY |
|---|---|
| TITLE OF CASE (ABBREVIATED)<br>UNITED NATIONAL MAINTENANCE, INC. V. SAN DIEGO CONVENTION CENTER CORP | |
| ATTORNEY OR PARTY WITHOUT ATTORNEY (NAME AND ADDRESS):<br>REGINA A. PETTY (106163)<br>SOTERA L. ANDERSON (211025)<br>WILSON PETTY KOSMO & TURNER LLP<br>550 West C Street, Suite 1050<br>San Diego, CA 92101    TELEPHONE NO.:<br>Tel. (619) 236-9600<br>Fax: (619) 236-9669 | |
| ATTORNEYS FOR:<br>Defendant SAN DIEGO CONVENTION CENTER CORPORATION | HEARING DATE – TIME<br>January 7, 2008 - 10:30 a.m. | CASE NUMBER:<br>07-CV-2172 BEN (JMA) |

## PROOF OF SERVICE

At the time of service I was over 18 years of age and not a party to this action. My business address is Wilson Petty Kosmo & Turner LLP, 550 West C Street, Suite 1050, San Diego, CA 92101.

On December 21, 2007, I served the following documents:

1. DEFENDANT'S MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION
2. FILED UNDER SEAL PURSUANT TO DEFENDANT SAN DIEGO CONVENTION CENTER CORPORATION, INC.'S EX PARTE APPLICATION TO FILE DECLARATION OF CHUCK GUTENSOHN UNDER SEAL DECLARATION OF CHUCK GUTENSOHN IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION
3. DECLARATION OF CAROL WALLACE IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION
4. DECLARATION OF BRAD GESSNER IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION
5. DECLARATION OF T. M. MAZZOCCO IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION
6. DECLARATION OF SOTERA L. ANDERSON IN SUPPORT OF DEFENDANT SAN DIEGO CONVENTION CENTER CORPORATION, INC.'S OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION
7. REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT SAN DIEGO CONVENTION CENTER CORPORATION, INC.'S OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION
8. DEFENDANT'S EVIDENTIARY OBJECTIONS TO EVIDENCE SUBMITTED BY PLAINTIFF IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

I served the documents on the person below, as follows:

    James R. Lance
    Kirby Noonan Lance & Hoge LLP
    600 W Broadway # 1100
    San Diego, CA 92101
    Attorney for Plaintiff, United National Maintenance

    Jeffrey A. Leon
    Ungaretti & Harris LLP
    3500 Three First National Plaza
    70 West Madison
    Chicago, IL 60602
    Attorney for Plaintiff, United National Maintenance

☐   **By fax transmission.** Based on an agreement of the parties to accept service by fax transmission, I faxed the documents to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission, which I printed out, is attached.

!pos by mail

PROOF OF SERVICE

UNITED NATIONAL MAINTENANCE, INC. V. SAN DIEGO CONVENTION CENTER CORP
Case No. 07-CV-2172 BEN (JMA)

---

☐ **By United States mail.** I enclosed the documents in a sealed envelope or package addressed to the persons at the addressed below and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collection and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

☐ **By overnight delivery.** I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the addresses above. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

☒ **By e-mail or electronic transmission.** Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. Executed on December 21, 2007, at San Diego, California.

_____
Tracey Cornish

!pos by mail

PROOF OF SERVICE