1  WILSON PETTY KOSMO & TURNER LLP
   REGINA A. PETTY (106163)
2  SOTERA L. ANDERSON (211025)
   550 West C Street, Suite 1050
3  San Diego, California  92101
   Telephone:  (619) 236-9600
4  Facsimile:   (619) 236-9669
   **E-mail:**  rpetty@wpkt.com
5  **E-mail:**  sanderson@wpkt.com

6  Attorneys for Defendant
   SAN DIEGO CONVENTION CENTER
7  CORPORATION, INC.

8

9                    **UNITED STATES DISTRICT COURT**

10                   **SOUTHERN DISTRICT OF CALIFORNIA**

11

| | |
|---|---|
| UNITED NATIONAL MAINTENANCE INC, A NEVADA CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>SAN DIEGO CONVENTION CENTER CORPORATION, INC., A CALIFORNIA CORPORATION,<br><br>Defendant. | Case No. 07-CV-2172 BEN (JMA)<br><br>**NOTICE OF DEFENDANT SAN DIEGO CONVENTION CENTER CORPORATION, INC.'S *EX PARTE* APPLICATION TO FILE DECLARATION CONTAINING CONFIDENTIAL SECURITY PROTOCOL INFORMATION UNDER SEAL**<br><br>Complaint Filed:  November 13, 2007<br><br>Date:<br>Time:<br>Dept.:     3.<br>Judge:     Hon. Roger T.  Benitez<br>Trial Date:  Not Set<br><br>**[EXEMPT FROM FEES –GOV. CODE, §  6103]** |

24      **TO ALL PARTIES AND TO THEIR COUNSEL OF RECORD:**

25      **PLEASE TAKE NOTICE** that on _____, 200__, at ____ a.m., in

26  Department 3 of this Court, Defendant SAN DIEGO CONVENTION CENTER CORPORATION,

27  INC. ("Defendant" or "SDCCC"), will apply *ex parte* for an order directing the sealing of the

28

1 | Declaration of Chuck Gutensohn containing confidential security protocol information that will be
2 | filed in support of SDCCC's Opposition to Plaintiff's Motion for Preliminary Injunction.
3 |     This application will be based upon this Notice, the Memorandum of Points and Authorities
4 | in Support thereof, the Declaration of Chuck Gutensohn, served herewith, and on such other
5 | evidence as the court may consider at the hearing of this application.

7 | Dated:     December 21, 2007               **WILSON PETTY KOSMO & TURNER LLP**

9 |                                            By:     /s/SOTERA L ANDERSON
                                                       REGINA A. PETTY
10|                                                    SOTERA L. ANDERSON

11|                                                    Attorneys for Defendant
                                                       SAN DIEGO CONVENTION CENTER
12|                                                    CORPORATION