WILSON PETTY KOSMO & TURNER LLP
REGINA A. PETTY (106163)
SOTERA L. ANDERSON (211025)
550 West C Street, Suite 1050
San Diego, California 92101
Telephone: (619) 236-9600
Facsimile: (619) 236-9669
**E-mail:** rpetty@wpkt.com
**E-mail:** sanderson@wpkt.com

Attorneys for Defendant
SAN DIEGO CONVENTION CENTER
CORPORATION, INC.

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED NATIONAL MAINTENANCE INC, A NEVADA CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>SAN DIEGO CONVENTION CENTER CORPORATION, INC., A CALIFORNIA CORPORATION,<br><br>Defendant. | Case No. 07-CV-2172 BEN (JMA)<br><br>**DECLARATION OF CHARLES GUTENSOHN IN SUPPORT OF DEFENDANT SAN DIEGO CONVENTION CENTER CORPORATION, INC.'S *EX PARTE* APPLICATION TO FILE DECLARATION CONTAINING CONFIDENTIAL SECURITY PROTOCOL INFORMATION UNDER SEAL**<br><br>Complaint Filed: November 13, 2007<br><br>Date:<br>Time:<br>Dept.:    3.<br>Judge:    Hon. Roger T. Benitez<br>Trial Date: Not Set |

[EXEMPT FROM FEES –GOV. CODE, § 6103]

I, CHUCK GUTENSOHN, declare as follows:

1. I am the Security Manager responsible for guest services and security services for the San Diego Convention Center Corporation, Inc. ("SDCCC"), Defendant in the above-entitled action. As such, I am familiar with SDCCC's security protocol, policies and procedures. Accordingly, I

make this declaration of my own personal knowledge and if called upon to testify as a witness, I could and would competently testify to the facts and opinions set forth herein.

2. SDCCC has spent considerable resources assessing the security of the Convention Center and compiling data and information for SDCCC's exclusive use. SDCCC has analyzed the data and developed a security protocol specifically for the Convention Center. The protocol sets forth policies and procedures designed to ensure the facility, its contents and its occupants remain safe and secure. The Convention Center's success at reducing security risks to people and property is due to SDCCC's thorough assessment and development and implementation of the security protocol.

3. The security measures that are in place for the Convention Center are confidential and are not disclosed to the public or within the trade show industry. If the public were to obtain this information the security of the Convention Center and the safety of the property within the Convention Center, as well as the occupants, could be placed in harm's way. Criminals and terrorists alike could easily use the information to their advantage and to everyone else's detriment.

4. Additionally, my declaration in support of SDCCC's Opposition to Plaintiff's Motion for Preliminary Injunction contains information from the California National Guard Homeland Defense FSIVA Vulnerability Assessment for the SDCCC which is strictly exempt from disclosure under the Criminal Justice records Ace (CRS Sec. 24-72-302, et seq.). It contains information that I have been specifically advised "is to be controlled, handled, transmitted, distributed, and disposed of in accordance with Office of Preparedness, Security & Fire Safety (OPSFS) policy relating to 'law enforcement sensitive' records and 'specialized details of security arrangements or investigations' and is not to be released to the public or other personnel who do not have a valid 'need to know' without prior OPSFS approval.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 21st day of December 2007, at San Diego, California.

CHARLES GUTENSOHN

-2-    Case No. 07-CV-2172 BEN (JMA)
DECLARATION OF CHARLES GUTENSOHN IN SUPPORT OF DEFENDANT SAN DIEGO CONVENTION CENTER CORPORATION, INC.'S EX PARTE APPLICATION TO FILE DECLARATION CONTAINING CONFIDENTIAL SECURITY PROTOCOL INFORMATION UNDER SEAL.