James R. Lance (147173)
  jlance@knlh.com
Jacob M. Slania (200652)
  jslania@knlh.com
Dylan O. Malagrino (228052)
  dmalagrino@knlh.com
**KIRBY NOONAN LANCE & HOGE LLP**
600 West Broadway, Suite 1100
San Diego, California 92101-3387
Telephone (619) 231-8666
Facsimile (619) 231-9593

Jeffrey A. Leon (*Pro Hac Vice*)
  jleon@uhlaw.com
Kristopher J. Stark (*Pro Hac Vice*)
  kjstark@uhlaw.com
**UNGARETTI & HARRIS LLP**
3500 Three First National Plaza
Chicago, Illinois 60602-4224
Telephone (312) 977-4400
Facsimile (312) 977-4405

Attorneys for Plaintiff
UNITED NATIONAL MAINTENANCE, INC.

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED NATIONAL MAINTENANCE, INC., a Nevada corporation,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>SAN DIEGO CONVENTION CENTER CORPORATION, INC., a California corporation,<br><br>　　　　　　Defendant. | CASE NO. 07-CV-2172 BEN(JMA)<br><br>**PLAINTIFF'S OPPOSITION TO DEFENDANT'S *EX PARTE* APPLICATION TO FILE DECLARATION UNDER SEAL**<br><br>Complaint Filed:  November 13, 2007<br><br>Date:　　　　January 7, 2008<br>Time:　　　　10:30 a.m.<br>Dept.:　　　　3<br>Judge:　　　　Hon. Roger T. Benitez<br>Trial Date:　　Not Set |

1    Plaintiff United National Maintenance, Inc. ("United"), through its attorneys of record, hereby submits this opposition to Defendant San Diego Convention Center Corporation, Inc.'s ("SDCC") *ex parte* application to file the Declaration of Chuck Gutensohn under seal.

SDCC asserts that Chuck Gutensohn's declaration must be filed under seal to protect allegedly confidential security information from public disclosure. (SDCC *Ex Parte* Mem. at 1.) SDCC has not provided United's counsel a copy of Mr. Gutensohn's declaration nor approached United to offer it access subject to a protective order. It instead chose to file its *ex parte* application concurrent with its preliminary injunction response. Because United has not yet seen Mr. Gutensohn's declaration, it can take no position regarding the need to file it under seal. United, of course, does not desire to cause information to fall into the public domain that could compromise public safety.

Accordingly, United assents to the filing of the declaration under seal or whatever protective order this Court deems appropriate, provided that United's counsel and consultants are afforded an opportunity to review the declaration and, if appropriate, object to its contents.[1] There is and was no justification for denying United's counsel and consultants access to the declaration, and none of the authority on which SDCC relies supports barring counsel for the opposing party from reviewing the contents of a sealed document. (*See* SDCC *Ex Parte* Mem. at 2–3.)

Further, for purposes of deciding United's motion for a preliminary injunction, United requests that this Court either disregard the declaration or give United a reasonable opportunity to respond in writing to the claims it contains. SDCC could easily have provided the declaration to United under the terms of a protective order while seeking to file it under seal. *See* FED. R. CIV. P. 26(c) (movant must "in good faith confer[] or attempt[] to confer with other affected parties in an effort to resolve the dispute without court action" before involving court in dispute over disclosure of information). Instead, it sought *ex parte* relief at a time of its choosing which ensured that, because of the short time

---

[1] United notes that it has maintained elsewhere that SDCC manufactured its security policy as a justification for its anticompetitive actions. (*See* PI Mem. at 1, 4–7, 15–17.) By assenting to the sealed filing of the declaration at this time, United does not in any way abandon its previously stated position.

1 allowed by rule for filing reply briefs, United will not be able to respond to the declaration in its
2 Preliminary Injunction Reply. SDCC should not benefit from its disregard of the Rule 26 procedures.
3 DATED: December 28, 2007

By:  s/Dylan O. Malagrino
Attorneys for Plaintiff
UNITED NATIONAL MAINTENANCE, INC.
E-mail: dmalagrino@knlh.com

## CERTIFICATE OF SERVICE

United National Maintenance, Inc. v. San Diego Convention Center Corporation, Inc.
United States District Court Case No. 07-CV-2172 BEN (JMA)

I, the undersigned, declare: That I am, and was at the time of service of the papers herein referred to, over the age of eighteen years, and not a party to the action; and I am employed in the County of San Diego, California. My business address is 600 West Broadway, Suite 1100, San Diego, California 92101-3387.

On December 28, 2007, at San Diego, California, I served the following document(s) described as **PLAINTIFF'S OPPOSITION TO DEFENDANT'S *EX PARTE* APPLICATION TO FILE DECLARATION UNDER SEAL** on the parties in said action as follows:

| | |
|---|---|
| Regina A. Petty Esq.<br>email: rpetty@wpkt.com<br>Wilson, Petty, Kosmo & Turner LLP<br>550 West C Street, Ste. 1050<br>San Diego, CA 92101<br>Telephone: (619) 236-9600<br>Facsimile: (619) 236-9669 | Attorneys for Defendant<br>SAN DIEGO CONVENTION CENTER CORPORATION, INC. |

☒ **ELECTRONIC TRANSMISSION:** I filed the foregoing document with the Clerk of Court for the U.S. District Court, Southern District of California, using the Electronic Case Filing ("ECF") system of the Court. The attorney listed above has consented to receive service by electronic means and was served a "Notice of Electronic Filing" sent by the CM/ECF system.

☒ **FEDERAL COURT:** I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on December 28, 2007, at San Diego, California.

s/Dylan O. Malagrino