# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED NATIONAL MAINTENANCE, INC., a Nevada Corporation,<br><br>             Plaintiff,<br><br>   vs.<br><br>SAN DIEGO CONVENTION CENTER CORPORATION, INC., a California Corporation,<br><br>             Defendant. | CASE NO. 07-CV-2172 BEN (JMA)<br><br>**ORDER GRANTING DEFENDANT'S *EX PARTE* APPLICATION TO FILE DECLARATION UNDER SEAL**<br><br>[Doc. # 28] |

     Defendant San Diego Convention Center Corporation ("SDCCC") filed an *ex parte* application seeking to file under seal the declaration of Chuck Gutensohn in support of Defendant's opposition to Plaintiff's motion for a preliminary injunction. [Doc. # 28]. The declaration was provided to the Court for *in camera* review. Mr. Gutensohn is SDCCC's security manager. Defendant asserts that the declaration contains confidential security protocol regarding SDCCC's security policies and procedures. A copy of the declaration was not provided to Plaintiff's counsel.

     Plaintiff filed an opposition to the *ex parte* application. [Doc. # 31]. Plaintiff in its opposition assents to the filing of the declaration under seal as long as Plaintiff receives a copy.

     Having reviewed the declaration, the Court hereby orders:

     1.    The declaration shall be filed under seal.

2. A copy of the declaration shall be provided to Plaintiff's counsel, designated as "Confidential - Attorneys' Eyes Only." The use of the declaration and the information contained therein shall be limited to the present action.

**IT IS SO ORDERED.**

DATED: January 8, 2008

Hon. Roger T. Benitez
United States District Judge