# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED NATIONAL MAINTENANCE, INC., a Nevada Corporation,<br><br>                                Plaintiff,<br><br>        vs.<br><br>SAN DIEGO CONVENTION CENTER CORPORATION, INC., a California Corporation,<br><br>                                Defendant. | CASE NO. 07-CV-2172 BEN (JMA)<br><br>**ORDER DIRECTING DEFENDANT TO PROVIDE DOCUMENTS FOR *IN CAMERA* REVIEW** |

On January 7, 2008, the Court held a hearing on Plaintiff's motion for a preliminary injunction against Defendant's policy mandating the exclusive use of Defendant's employees for any trade show cleaning services. One of the issues discussed by the counsel was the security justification for the policy. Plaintiff challenged the policy, in particular, because cleaning employees constitute only approximately 3% of all workforce employed for trade shows. Defendant's counsel represented that for other categories of outside employees, Defendant has "innumerable ways" for implementing "systems and strategies to enhance security and control and limit building access."

Accordingly, no later than January 17, 2008, Defendant shall provide all relevant and specific information regarding the above-mentioned security and access policies for all other

///

1 | categories of outside vendors' employees to the Court for *in camera* review.
2 | **IT IS SO ORDERED.**
3 |
4 | DATED: January 8, 2008
5 |
6 | Hon. Roger T. Benitez
  | United States District Judge