WILSON PETTY KOSMO & TURNER LLP
REGINA A. PETTY (106163)
SOTERA L. ANDERSON (211025)
550 West C Street, Suite 1050
San Diego, California 92101
Telephone: (619) 236-9600
Facsimile: (619) 236-9669
E-mail: rpetty@wpkt.com
E-mail: sanderson@wpkt.com

Attorneys for Defendant
SAN DIEGO CONVENTION CENTER
CORPORATION, INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED NATIONAL MAINTENANCE INC, A NEVADA CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>SAN DIEGO CONVENTION CENTER CORPORATION, INC., A CALIFORNIA CORPORATION,<br><br>Defendant. | Case No. 07-CV-2172 BEN (JMA)<br><br>**DEFENDANT SAN DIEGO CONVENTION CENTER CORPORATION, INC.'S SUBMISSION OF ADDITIONAL EVIDENCE IN SUPPORT OF ITS OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**<br><br>Complaint Filed: November 13, 2007<br><br>Date: January 7, 2008<br>Time: 10:30 a.m.<br>Dept.: 3.<br>Judge: Hon. Roger T. Benitez<br>Trial Date: Not Set<br><br>[EXEMPT FROM FEES –GOV. CODE, § 6103] |

Defendant SAN DIEGO CONVENTION CENTER CORPORATION, INC. (hereinafter "Defendant" or "SDCCC"), hereby submits three additional declarations in support of its Opposition to Plaintiff's Motion for Preliminary Injunction pursuant to the Court's Order Directing Defendant to Provide Documents For In Camera Review, dated January 8, 2008.

///

Specifically, SDCCC submits the following declarations:

| Exhibit | Description |
|---|---|
| A | Confidential Supplemental Declaration of T.M. Mazzocco, **<u>filed under seal for Attorneys' Eyes Only</u>** |
| B | Confidential Supplemental Declaration of Brad Gessner, **<u>filed under seal for Attorneys' Eyes Only</u>** |
| C | Confidential Supplemental Declaration of Charles Gutensohn, **<u>filed under seal for *in camera* review only</u>** |

### A. <u>The Content Of Mazzocco And Gessner's Declaration Is Confidential And Should Only Be Disclosed To Plaintiff's Counsel And No One Else</u>

SDCCC is filing the declarations of T.M. Mazzocco and Brad Gessner under seal for Attorneys' Eyes Only. The declarations contain information of a confidential, proprietary and sensitive nature, including SDCCC's policies and procedures respecting the employment background screening process and training, which, if disclosed to third parties, could jeopardize the security of the facility and people. Disclosure should be limited as much as possible to protect the Convention Center and the people within. Disclosure should be limited to the lead trial counsel for the Plaintiff and no one else.

### B. <u>The Content Of Gutensohn's Declaration Is Confidential And Cannot Be Disclosed</u>

As noted above, the declaration of Charles Gutensohn is being filed under seal for in camera review only. Mr. Gutensohn's declaration contains highly confidential information related to SDCCC's specific security assessments, surveys, protocols, including its policies and procedures designed to assess, secure and protect the Convention Center and those that visit and work in the facility. Due to the confidential nature of the information contained in Mr. Gutensohn's declaration and the potential devastating affects disclosure of such information could have in the hands of the would be criminals or terrorists, SDCCC advises the Court that disclosure of such information to anyone other than Your Honor, is not permissible.

1. **The Content Of Gutensohn's The Declaration Is Confidential And Plaintiff And Its Counsel Do Not Have A "Need To Know"**

Some of the content contained in Mr. Gutensohn's declaration is derived from a "CNG [California National Guard] Homeland Defense FSIVA Vulnerability Assessment," which bears the marking "For Official Use Only," as well as its abbreviation "FOUO." FOUO is a handling instruction, not a true classification marking. However, documents marked FOUO are treated as "confidential." Department of Homeland Security Management Directive System MD Number 11042.1, *Safeguarding Sensitive But Unclassified (For Official Use Only) Information,* dated January 6, 2005.

FOUO, as used within the Department of Homeland Security identifies "unclassified information of a sensitive nature…the unauthorized disclosure of which could adversely impact…programs or operations essential to the national interest." Department of Homeland Security Management Directive System MD Number 11042.1, *Safeguarding Sensitive But Unclassified (For Official Use Only) Information,* dated January 6, 2005. An example of documents warranting such a designation includes "[r]eviews or reports illustrating or disclosing facility infrastructure or security vulnerabilities, whether to persons, systems, of facilities…" Department of Homeland Security Management Directive System MD Number 11042.1, *Safeguarding Sensitive But Unclassified (For Official Use Only) Information,* dated January 6, 2005. As such, the "CNG Homeland Defense FSIVA Vulnerability Assessment" was properly designated with the FOUO markings and, should be treated accordingly. Likewise, disclosure of the contents of the assessment as contained in Mr. Gutensohn's declaration should be afforded the same protections.

The Department of Homeland Security has instructed that **"FOUO information will not be disseminated in any manner - orally, visually, or electronically - to unauthorized personnel."** Department of Homeland Security Management Directive System MD Number 11042.1, *Safeguarding Sensitive But Unclassified (For Official Use Only) Information,* dated January 6, 2005 (emphasis added). Additionally, documents bearing the FOUO marking are *exempt from release* under the Freedom of Information Act and are only provided to those persons on a **"need to know"**

basis. DoD Directive 5400.7-R, *Department of Defense Freedom of Information Act Program*, dated September 4, 1998.

      Persons with a "need to know" are those prospective recipients who require "access to specific classified information in order to perform or assist in a lawful and authorized **governmental function**." Executive Order 12958, section 4.1, subdivision (c) (emphasis added); Department of Homeland Security Management Directive System MD Number 11042.1, *Safeguarding Sensitive But Unclassified (For Official Use Only) Information,* dated January 6, 2005. Plaintiff and its counsel are not seeking to perform a lawful or authorized *governmental function*, but rather seek the information for private commercial business gain. As such, they do not have a "need to know," and, therefore, should not be permitted access to the confidential information.

      **2.    Executive Branch Procedures Must Be Followed Before Disclosure In Any Event**

      Despite not being permitted to disclose the information contained in Mr. Gutensohn's declaration, should the Court deem it necessary to disclose the information to a third party, Plaintiff's counsel or otherwise, there is an executive branch procedure that is required to be followed prior to disclosure. SDCCC would first need to make a specific request to the California National Guard and Department of Homeland Security. The California National Guard and Department of Homeland Security would need to determine Plaintiff and/or its counsel's eligibility for access, the California National Guard and Department of Homeland Security would need to determine whether Plaintiff and/or its counsel have a "need to know" the information, and, assuming, access is granted, Plaintiff would need to sign an approved nondisclosure agreement. Executive Order 12958, section 4.2, subdivision (a); 6 CFR section 7.13. If the California National Guard and/or Department of Homeland Security determines that Plaintiff and its counsel do not have a need to know and denies access to the information but this Court still order disclosure, the California National Guard, Department of Homeland Security, and the Department of Justice must be given an opportunity to address the Court to protect such information. 6 CFR section 7.13.

### 3. If The Executive Branch Determines Disclosure Is Permitted, Disclosure Should Be Limited To Lead Trial Counsel

If, after proceeding through the above process, the Court and appropriate executive branch authority permit disclosure of the confidential information for purposes of this litigation, disclosure should be limited as much as possible to protect the Convention Center and the people within. Disclosure should be limited to the lead trial counsel for the Plaintiff and no one else.

Dated:   January 17, 2008                         **WILSON PETTY KOSMO & TURNER LLP**

                                                  By:   /REGINA A. PETTY
                                                        REGINA A. PETTY
                                                        SOTERA L. ANDERSON

                                                        Attorneys for Defendant
                                                        SAN DIEGO CONVENTION CENTER
                                                        CORPORATION

| | |
|---|---|
| 1 | WILSON PETTY KOSMO & TURNER LLP |
| | REGINA A. PETTY (106163) |
| 2 | SOTERA L. ANDERSON (211025) |
| | 550 West C Street, Suite 1050 |
| 3 | San Diego, California 92101 |
| | Telephone: (619) 236-9600 |
| 4 | Facsimile: (619) 236-9669 |
| | **E-mail:** rpetty@wpkt.com |
| 5 | **E-mail:** sanderson@wpkt.com |
| 6 | Attorneys for Defendant |
| | SAN DIEGO CONVENTION CENTER |
| 7 | CORPORATION, INC. |

### UNITED STATES DISTRICT COURT

### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED NATIONAL MAINTENANCE INC, A NEVADA CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>SAN DIEGO CONVENTION CENTER CORPORATION, INC., A CALIFORNIA CORPORATION,<br><br>Defendant. | Case No. 07-CV-2172 BEN (JMA)<br><br>**CONFIDENTIAL SUPPLEMENTAL DECLARATION OF T. M. MAZZOCCO IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**<br><br>**FILED UNDER SEAL - ATTORNEYS' EYES ONLY**<br><br>Complaint Filed: November 13, 2007<br><br>Date: January 7, 2008<br>Time: 10:30 a.m.<br>Dept.: 3<br>Judge: Hon. Roger T. Benitez<br>Trial Date: Not Set |

**EXHIBIT A**

-1-   Case No. 07-CV-2172 BEN (JMA)

CONFIDENTIAL SUPPLEMENTAL DECLARATION OF T. M. MAZZOCCO IN SUPPORT OF DEFENDANT'S
OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

```
 1  WILSON PETTY KOSMO & TURNER LLP
    REGINA A. PETTY (106163)
 2  SOTERA L. ANDERSON (211025)
    550 West C Street, Suite 1050
 3  San Diego, California 92101
    Telephone: (619) 236-9600
 4  Facsimile:  (619) 236-9669
    E-mail: rpetty@wpkt.com
 5  E-mail: sanderson@wpkt.com

 6  Attorneys for Defendant
    SAN DIEGO CONVENTION CENTER
 7  CORPORATION, INC.

 8

 9              UNITED STATES DISTRICT COURT

10              SOUTHERN DISTRICT OF CALIFORNIA
```

| | |
|---|---|
| UNITED NATIONAL MAINTENANCE INC, A NEVADA CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>SAN DIEGO CONVENTION CENTER CORPORATION, INC., A CALIFORNIA CORPORATION,<br><br>Defendant. | Case No. 07-CV-2172 BEN (JMA)<br><br>**CONFIDENTAL SUPPLEMENTAL DECLARATION OF BRAD GESSNER IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**<br><br>**FILED UNDER SEAL - ATTORNEYS' EYES ONLY**<br><br>Complaint Filed: November 13, 2007<br><br>Date:       January 7, 2008<br>Time:       10:30 a.m.<br>Dept.:      3<br>Judge:      Hon. Roger T. Benitez<br>Trial Date: Not Set |

**EXHIBIT B**

-1-  Case No. 07-CV-2172 BEN (JMA)
CONFIDENTAL SUPPLEMENTAL DECLARATION OF BRAD GESSNER IN SUPPORT OF DEFENDANT'S
OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

*IN CAMERA REVIEW - JUDICIAL EYES ONLY*

WILSON PETTY KOSMO & TURNER LLP
REGINA A. PETTY (106163)
SOTERA L. ANDERSON (211025)
550 West C Street, Suite 1050
San Diego, California 92101
Telephone: (619) 236-9600
Facsimile: (619) 236-9669
**E-mail:** rpetty@wpkt.com
**E-mail:** sanderson@wpkt.com

Attorneys for Defendant
SAN DIEGO CONVENTION CENTER
CORPORATION, INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED NATIONAL MAINTENANCE INC, A NEVADA CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>SAN DIEGO CONVENTION CENTER CORPORATION, INC., A CALIFORNIA CORPORATION,<br><br>Defendant. | Case No. 07-CV-2172 BEN (JMA)<br><br>[*IN CAMERA* REVIEW -- JUDICIAL EYES ONLY]<br><br>**CONFIDENTIAL SUPPLEMENTAL DECLARATION OF CHARLES GUTENSOHN IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**<br><br>Complaint Filed: November 13, 2007<br><br>Date:        January 7, 2008<br>Time:       10:30 a.m.<br>Dept.:       3<br>Judge:      Hon. Roger T. Benitez<br>Trial Date: Not Set |

*IN CAMERA* REVIEW -- JUDICIAL EYES ONLY

**EXHIBIT C**

-1-     Case No. 07-CV-2172 BEN (JMA)
CONFIDENTIAL SUPPLEMENTAL DECLARATION OF CHARLES GUTENSOHN IN SUPPORT OF
DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION