| UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA | | COURT USE ONLY |
|---|---|---|
| TITLE OF CASE (ABBREVIATED) <br> UNITED NATIONAL MAINTENANCE, INC. V. SAN DIEGO CONVENTION CENTER CORP | | |
| ATTORNEY OR PARTY WITHOUT ATTORNEY (NAME AND ADDRESS): <br> REGINA A. PETTY (106163) <br> SOTERA L. ANDERSON (211025) <br> WILSON PETTY KOSMO & TURNER LLP <br> 550 West C Street, Suite 1050 <br> San Diego, CA 92101 | TELEPHONE NO.: <br> Tel. (619) 236-9600 <br> Fax: (619) 236-9669 | |
| ATTORNEYS FOR: <br> Defendant SAN DIEGO CONVENTION CENTER CORPORATION | HEARING DATE – TIME <br> January , 2008 - 10:30 a.m. | CASE NUMBER: <br> 07-CV-2172 BEN (JMA) |

## PROOF OF SERVICE

At the time of service I was over 18 years of age and not a party to this action. My business address is Wilson Petty Kosmo & Turner LLP, 550 West C Street, Suite 1050, San Diego, CA 92101.

On January 17, 2008, I served the following documents:

1. DEFENDANT SAN DIEGO CONVENTION CENTER CORPORATION, INC.'S SUBMISSION OF ADDITIONAL EVIDENCE IN SUPPORT OF ITS OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

I served the documents on the person below, as follows:

James R. Lance
Kirby Noonan Lance & Hoge LLP
600 W Broadway # 1100
San Diego, CA 92101
Attorney for Plaintiff, United National Maintenance

Jeffrey A. Leon
Ungaretti & Harris LLP
3500 Three First National Plaza
70 West Madison
Chicago, IL 60602
Attorney for Plaintiff, United National Maintenance

☐ **By fax transmission.** Based on an agreement of the parties to accept service by fax transmission, I faxed the documents to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission, which I printed out, is attached.

☐ **By United States mail.** I enclosed the documents in a sealed envelope or package addressed to the persons at the addressed below and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collection and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

☒ **By overnight delivery.** I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the addresses above. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier. **(INCLUDING EXHIBITS A AND B ONLY)**

☒ **By e-mail or electronic transmission.** Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. Executed on January 17, 2008, at San Diego, California.

*/s/ Lori Cutrell*
Lori Cutrell

!pos by mail.doc

PROOF OF SERVICE