1  WILSON PETTY KOSMO & TURNER LLP
   REGINA A. PETTY (106163)
2  SOTERA L. ANDERSON (211025)
   550 West C Street, Suite 1050
3  San Diego, California 92101
   Telephone: (619) 236-9600
4  Facsimile: (619) 236-9669
   **E-mail:** rpetty@wpkt.com
5  **E-mail:** sanderson@wpkt.com

6  Attorneys for Defendant
   SAN DIEGO CONVENTION CENTER
7  CORPORATION, INC.

8                    **UNITED STATES DISTRICT COURT**

9                   **SOUTHERN DISTRICT OF CALIFORNIA**

10

11 UNITED NATIONAL MAINTENANCE INC,      Case No. 07-CV-2172 BEN (JMA)
   A NEVADA CORPORATION,
12                                        **PROOF OF SERVICE BY**
                 Plaintiff,               **ELECTRONIC SUBMISSION**
13
                                          Complaint Filed: November 13, 2007
14       v.

15 SAN DIEGO CONVENTION CENTER            Dept.:      3
   CORPORATION, INC., A CALIFORNIA        Judge:      Hon. Roger T. Benitez
16 CORPORATION,                           Trial Date: Not Set

17             Defendant.

18

19        I am familiar with the United States District Court, Southern District of California's practice

20 for collecting and processing electronic filings. Under that practice, the following documents were

21 electronically filed with the court on January 23, 2008:

22        1. **DEFENDANT SAN DIEGO CONVENTION CENTER CORPORATION,**

23           **INC.'S REPLY TO PLAINTIFF'S SUBMISSION OF SUPPLEMENTAL**

24           **EVIDENCE FILED UNDER SEAL IN CONNECTION WITH THE PENDING**

25           **MOTION FOR PRELIMINARY INJUNCTION**

26        The court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing

27 party, the assigned judge, and any registered users in the case. The NEF will constitute service of

28

1    the document(s). Registration as a CM/ECF user constitutes consent to electronic service through

2    the court's transmission facilities. Under said practice, the following CM/ECF users were served:

3

4         James R. Lance
          Kirby Noonan Lance & Hoge LLP
5         600 W Broadway # 1100
          San Diego, CA 92101
6         *Attorney for Plaintiff, United National Maintenance*

7         Jeffrey A. Leon
8         Ungaretti & Harris LLP
          3500 Three First National Plaza
9         70 West Madison
          Chicago, IL 60602
10        *Attorney for Plaintiff, United National Maintenance*

11            I declare that I am employed by the office of a member of the bar of this court at whose

12   direction the service was made.

13            Executed January 23, 2008, at San Diego, California.

14

15                                    By:    _____
16                                           Dana Y. Ibarra

17

18

19

20

21

22

23

24

25

26

27

28