# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED NATIONAL MAINTENANCE, INC., a Nevada Corporation,<br><br>     Plaintiff,<br><br>vs.<br><br>SAN DIEGO CONVENTION CENTER CORPORATION, INC., a California Corporation,<br><br>     Defendant. | CASE NO. 07-CV-2172 BEN (JMA)<br><br>**ORDER GRANTING PLAINTIFF'S *EX PARTE* APPLICATION TO FILE SUPPLEMENTAL DOCUMENTS UNDER SEAL**<br><br>[Doc. # 39] |

Pending before this Court is Plaintiff's motion for a preliminary injunction. Defendant's opposition to the motion was accompanied by a declaration of Chuck Gutensohn ("Gutensohn declaration"). Plaintiff did not receive a copy of the Gutensohn declaration until after this Court granted Defendant's *ex parte* application to file the declaration under seal. Plaintiff now seeks the Court's permission to file the following supplemental documents in response to the Gutensohn declaration: a brief responding to the declaration; four declarations rebutting the assertions made in the Gutensohn declaration; and the International Association of Assembly Managers' Safety and Security Task Force Best Practices Planning Guide for Convention Centers/Exhibit Halls. Plaintiff also seeks to have these documents filed under seal and reviewed only by the attorneys of record in this matter.

In a telephone conversation with the Court on January 22, 2008, Defendant's counsel stated

that Defendant did not oppose Plaintiff's request as long as Defendant was allowed to file a response to Plaintiff's supplemental documents. Accordingly, IT IS HEREBY ORDERED:

    1. Plaintiff's *ex parte* application to file supplemental documents is **GRANTED.** Because the documents relate to a previously sealed declaration, the documents shall be filed under seal and designated as "Confidential - Attorneys' Eyes Only."

    2. Defendant may file a response to Plaintiff's supplemental documents.

    3. Any additional documents regarding this matter may be filed by either party on or before **February 1, 2008.** No additional filings regarding this matter will be accepted after the **February 1, 2008** deadline.

**IT IS SO ORDERED.**

DATED: January 25, 2008

Hon. Roger T. Benitez
United States District Judge