1  James R. Lance (147173)
   Jacob M. Slania (200652)
2  Dylan O. Malagrino (228052)
   **KIRBY NOONAN LANCE & HOGE LLP**
3  600 West Broadway, Suite 1100
   San Diego, California 92101-3387
4  Telephone (619) 231-8666
   Facsimile (619) 231-9593
5
   Theodore R. Tetzlaff (*Pro Hac Vice*)
6  Jeffrey A. Leon (*Pro Hac Vice*)
   Kristopher J. Stark (*Pro Hac Vice*)
7  **UNGARETTI & HARRIS LLP**
   3500 Three First National Plaza
8  Chicago, Illinois 60602-4224
   Telephone (312) 977-4400
9  Facsimile (312) 977-4405

10 Attorneys for Plaintiff
   UNITED NATIONAL MAINTENANCE, INC.

**CONFIDENTIAL ATTORNEYS ONLY**

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED NATIONAL MAINTENANCE, INC., a Nevada corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAN DIEGO CONVENTION CENTER CORPORATION, INC., a California corporation,<br><br>Defendant. | CASE NO. 07-CV-2172 BEN(JMA)<br><br>**UNITED NATIONAL MAINTENANCE, INC.'S RESPONSE TO SAN DIEGO CONVENTION CENTER CORPORATION'S SUPPLEMENTAL FILINGS**<br><br>[*FILED UNDER SEAL*]<br><br>**Complaint Filed:** November 13, 2007<br><br>Date:<br>Time:<br>Dept.:     3<br>Judge: Hon. Roger T. Benitez<br>Trial Date:   Not Set |

**CONFIDENTIAL ATTORNEYS ONLY**

1  James R. Lance (147173)
   Jacob M. Slania (200652)
2  Dylan O. Malagrino (228052)
   **KIRBY NOONAN LANCE & HOGE LLP**
3  600 West Broadway, Suite 1100
   San Diego, California 92101-3387
4  Telephone (619) 231-8666
   Facsimile (619) 231-9593
5
   Theodore R. Tetzlaff (*Pro Hac Vice*)
6  Jeffrey A. Leon (*Pro Hac Vice*)
   Kristopher J. Stark (*Pro Hac Vice*)
7  **UNGARETTI & HARRIS LLP**
   3500 Three First National Plaza
8  Chicago, Illinois 60602-4224
   Telephone (312) 977-4400
9  Facsimile (312) 977-4405

10 Attorneys for Plaintiff
   UNITED NATIONAL MAINTENANCE, INC.
11

12           **UNITED STATES DISTRICT COURT**

13           **SOUTHERN DISTRICT OF CALIFORNIA**

14

15 | UNITED NATIONAL MAINTENANCE, | CASE NO. 07-CV-2172 BEN(JMA)
   | INC., a Nevada corporation,
16 |                                | **DECLARATION OF MARTIN CYMBAL**
   |         Plaintiff,
17 |                                | [*FILED UNDER SEAL*]
   |     vs.
18 |                                | **Complaint Filed:** November 13, 2007
   | SAN DIEGO CONVENTION CENTER
19 | CORPORATION, INC., a California | Date:
   | corporation,                    | Time:
20 |                                 | Judge:      Hon. Roger T. Benitez
   |         Defendant.              | Crtrm:      3
21 |                                 | Trial Date: None Set

# CERTIFICATE OF SERVICE

<u>United National Maintenance, Inc. v. San Diego Convention Center Corporation, Inc.</u>
United States District Court Case No. 07-CV-2172 BEN (JMA)

I, the undersigned, declare: That I am, and was at the time of service of the papers herein referred to, over the age of eighteen years, and not a party to the action; and I am employed in the County of San Diego, California. My business address is 600 West Broadway, Suite 1100, San Diego, California 92101-3387.

On February 1, 2008, at San Diego, California, I served the following document(s) described as:

1. **UNITED NATIONAL MAINTENANCE, INC.'S RESPONSE TO SAN DIEGO CONVENTION CENTER CORPORATION'S SUPPLEMENTAL FILINGS [*FILED UNDER SEAL*];**

2. **DECLARATION OF MARTIN CYMBAL [*FILED UNDER SEAL*]**

on the parties in said action as follows:

| | |
|---|---|
| Regina A. Petty Esq.<br>email: rpetty@wpkt.com<br>Wilson, Petty, Kosmo & Turner LLP<br>550 West C Street, Ste. 1050<br>San Diego, CA 92101<br>Telephone: (619) 236-9600<br>Facsimile: (619) 236-9669 | Attorneys for Defendant<br>SAN DIEGO CONVENTION CENTER<br>CORPORATION, INC. |

☒ **ELECTRONIC TRANSMISSION:** I filed the foregoing document with the Clerk of Court for the U.S. District Court, Southern District of California, using the Electronic Case Filing ("ECF") system of the Court. The attorney listed above has consented to receive service by electronic means and was served a "Notice of Electronic Filing" sent by the CM/ECF system.

☒ **FEDERAL COURT:** I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on February 1, 2008, at San Diego, California.

s/Dylan O. Malagrino

# PROOF OF SERVICE

<u>United National Maintenance, Inc. v. San Diego Convention Center Corporation, Inc.</u>
United States District Court Case No. 07-CV-2172 BEN (JMA)

I, the undersigned, declare: That I am, and was at the time of service of the papers herein referred to, over the age of eighteen years, and not a party to the action; and I am employed in the County of San Diego, California. My business address is 600 West Broadway, Suite 1100, San Diego, California 92101-3387.

On February 1, 2008, at San Diego, California, I served the following document(s) described as:

1.  **UNITED NATIONAL MAINTENANCE, INC.'S RESPONSE TO SAN DIEGO CONVENTION CENTER CORPORATION'S SUPPLEMENTAL FILINGS [*FILED UNDER SEAL*]**;

2.  **DECLARATION OF MARTIN CYMBAL [*FILED UNDER SEAL*]**

on the parties in said action as follows:

| | |
|---|---|
| Regina A. Petty Esq.<br>Wilson, Petty, Kosmo & Turner LLP<br>550 West C Street, Ste. 1050<br>San Diego, CA 92101<br>Telephone: (619) 236-9600<br>Facsimile: (619) 236-9669 | Attorneys for Defendant<br>SAN DIEGO CONVENTION CENTER CORPORATION, INC. |

☒ **BY PERSONAL SERVICE:** I personally delivered such clearly labeled envelope(s) to the addressee(s). (C.C.P § 1011)

☒ **FEDERAL COURT:** I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

*/s/ Tho T. Baranic*
Tho T. Baranic