1  James R. Lance (147173)
   Jacob M. Slania (200652)
2  Dylan O. Malagrino (228052)
   **KIRBY NOONAN LANCE & HOGE LLP**
3  600 West Broadway, Suite 1100
   San Diego, California 92101-3387
4  Telephone (619) 231-8666
   Facsimile (619) 231-9593
5
   Theodore R. Tetzlaff (*Pro Hac Vice*)
6  Jeffrey A. Leon (*Pro Hac Vice*)
   Kristopher J. Stark (*Pro Hac Vice*)
7  **UNGARETTI & HARRIS LLP**
   3500 Three First National Plaza
8  Chicago, Illinois 60602-4224
   Telephone (312) 977-4400
9  Facsimile (312) 977-4405

10 Attorneys for Plaintiff
   UNITED NATIONAL MAINTENANCE, INC.
11

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED NATIONAL MAINTENANCE, INC., a Nevada corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAN DIEGO CONVENTION CENTER CORPORATION, INC., a California corporation,<br><br>Defendant. | CASE NO. 07-CV-2172 BEN(JMA)<br><br>**NOTICE OF CHANGE OF ADDRESS**<br><br>**Complaint Filed:** November 13, 2007<br><br>Judge:      Hon. Roger T. Benitez<br>Crtrm:      3<br>Trial Date: None Set |

PLEASE TAKE NOTICE that, on **February 15, 2008**, Kirby Noonan Lance & Hoge, LLP will move its offices to:

KIRBY NOONAN LANCE & HOGE, LLP
DiamondView Tower
350 Tenth Avenue, Ste. 1300
San Diego, CA 92101-8700
Phone:      (619) 231-8666
Facsimile:  (619) 231-9593

KNLH\506667.1                                                    07-CV-2172 BEN(JMA)

All correspondence, service of documents, etc., related to the above-entitled matter should be directed to the handling attorney at the address indicated above.

DATED: Feb. 5, 2008.

KIRBY NOONAN LANCE & HOGE LLP

By: /s/ James R. Lance
James R. Lance
email: jlance@knlh.com
Attorneys for Plaintiff UNITED NATIONAL MAINTENANCE, INC.