# CERTIFICATE OF SERVICE

United National Maintenance, Inc. v. San Diego Convention Center Corporation, Inc.
United States District Court Case No. 07-CV-2172 BEN (JMA)

I, the undersigned, declare: That I am, and was at the time of service of the papers herein referred to, over the age of eighteen years, and not a party to the action; and I am employed in the County of San Diego, California. My business address is 600 West Broadway, Suite 1100, San Diego, California 92101-3387.

On February 11, 2008, at San Diego, California, I served the following document(s) described as:

**1. NOTICE OF CHANGE OF ADDRESS**

on the parties in said action as follows:

| | |
|---|---|
| Regina A. Petty Esq.<br>email: rpetty@wpkt.com<br>Wilson, Petty, Kosmo & Turner LLP<br>550 West C Street, Ste. 1050<br>San Diego, CA 92101<br>Telephone: (619) 236-9600<br>Facsimile: (619) 236-9669 | Attorneys for Defendant<br>SAN DIEGO CONVENTION CENTER<br>CORPORATION, INC. |
| Theodore R. Tetzlaff (*Pro Hac Vice*)<br>email: ttetzlaff@uhlaw.com<br>Jeffrey A. Leon (*Pro Hac Vice*)<br>email: jleon@uhlaw.com<br>Kristopher J. Stark (*Pro Hac Vice*)<br>email: kstark@uhlaw.com<br>UNGARETTI & HARRIS LLP<br>3500 Three First National Plaza<br>Chicago, Illinois 60602-4224<br>Telephone (312) 977-4400<br>Facsimile (312) 977-4405 | Co-counsel Attorneys for Plaintiff |

☒ **ELECTRONIC TRANSMISSION:** I filed the foregoing document with the Clerk of Court for the U.S. District Court, Southern District of California, using the Electronic Case Filing ("ECF") system of the Court. The attorney listed above has consented to receive service by electronic means and was served a "Notice of Electronic Filing" sent by the CM/ECF system.

☒ **FEDERAL COURT:** I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on February 11, 2008, at San Diego, California.

s/Michelle C. Ellison

KNLH\503295.1