UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED NATIONAL MAINTENANCE, INC., etc., <br><br> Plaintiff, <br><br> v. <br><br> SAN DIEGO CONVENTION CENTER CORPORATION, INC., etc., <br><br> Defendants. | Case No. 07-CV-2172-BEN (JMA) <br><br> **ORDER RE CONFERENCES** |

On November 3, 2008, Magistrate Judge Adler conducted an Early Neutral Evaluation Conference in the above-entitled action.

Magistrate Judge Adler will conduct a further Settlement Conference on **December 17, 2008** at **10:00 a.m.** Counsel shall submit settlement statements **directly** to Magistrate Judge Adler's chambers no later than **December 10, 2008**.[1] The parties may either submit confidential settlement statements or may exchange their settlement statements.

//

---

[1] Statements may be delivered directly to chambers, e-mailed to efile_adler@casd.uscourts.gov, or faxed to (619) 702-9939.

All named parties, all counsel, and any other person(s) whose authority is required to negotiate and enter into settlement shall appear <u>in person at the conference</u>.  <u>The individual(s) present at the Settlement Conference with settlement authority must have the unfettered discretion and authority on behalf of the party to:  1) fully explore all settlement options and to agree during the Settlement Conference to any settlement terms acceptable to the party (*G. Heileman Brewing Co., Inc. v. Joseph Oat Corp.*, 871 F.2d 648, 653 (7th Cir. 1989)), 2) change the settlement position of a party during the course of the Settlement Conference (*Pitman v. Brinker Int'l, Inc.*, 216 F.R.D. 481, 485-86 (D. Ariz. 2003)), and 3) negotiate a settlement without being restricted by any predetermined level of authority (*Nick v. Morgan's Foods, Inc.*, 270 F.3d 590, 596 (8th Cir. 2001)).</u>

All conference discussions will be informal, off the record, privileged, and confidential.

**IT IS SO ORDERED.**

DATED:  November 4, 2008

_____
Jan M. Adler
U.S. Magistrate Judge