UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED NATIONAL MAINTENANCE, INC., etc., <br><br>            Plaintiff, <br><br> v. <br><br> SAN DIEGO CONVENTION CENTER CORPORATION, INC., etc., <br><br>            Defendants. | Case No. 07-CV-2172-BEN (JMA) <br><br> **ORDER RESCHEDULING TELEPHONIC CASE MANAGEMENT CONFERENCE** |

Due to the Court's unavailability, the telephonic Case Management Conference previously set for January 29, 2009 at 9:30 a.m. is hereby rescheduled for **January 27, 2009** at **9:15 a.m.** Counsel shall appear telephonically at this conference. The Court will initiate the conference call.

**IT IS SO ORDERED.**

DATED: January 26, 2009

_____
Jan M. Adler
U.S. Magistrate Judge

07cv2172