FILED

09 MAR -6 AM 8:02

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED NATIONAL MAINTENANCE, INC., a Nevada Corporation,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>vs.<br><br>SAN DIEGO CONVENTION CENTER CORPORATION, INC., a California Corporation,<br><br>　　　　　　　　　　　　Defendant. | Case No. 07cv2172 BEN (JMA)<br><br>**ORDER APPROVING SUBSTITUTION OF COUNSEL** |

　　　Defendant San Diego Convention Center Corporation, Inc. has moved to substitute John H. L'Estrange, Jr. and Joseph T. Ergastolo for Regina A. Petty and Sotera L. Anderson as counsel. The motion complies with Local Civil Rule 83.3(g)(2) and is therefore granted. L'Estrange and Ergastolo shall file a notice of appearance as soon as practicable.

　　　IT IS SO ORDERED.

Dated: March 06, 2009

　　　　　　　　　　　　　　　　　　　　　／s／ _____
　　　　　　　　　　　　　　　　　　　　　Hon. Roger T. Benitez
　　　　　　　　　　　　　　　　　　　　　United States District Judge