1
2
3
4
5
6
7

8                               **UNITED STATES DISTRICT COURT**

9                                **SOUTHERN DISTRICT OF CALIFORNIA**

10  UNITED NATIONAL MAINTENANCE,         )    **CASE NO. 07-cv-2172-BEN (JMA)**
    INC., A Nevada Corporation,          )
11                                       )    **ORDER AMENDING PROTECTIVE**
                Plaintiff,               )    **ORDER**
12                                       )
           v.                            )    Complaint filed: November 13, 2007
13                                       )    Trial Date: Not set
    SAN DIEGO CONVENTION CENTER          )
14  CORPORATION, INC., A California      )
    Corporation,                         )
15              Defendant.               )
    _____)
16

17         Based upon the joint motion of counsel for Defendant SAN DIEGO CONVENTION

18  CENTER CORPORATION, INC. ("SDCCC") and Plaintiff UNITED NATIONAL

19  MAINTENANCE, INC. ("UNITED NATIONAL") (collectively referred to as "the Parties") to

20  amend the PROTECTIVE ORDER entered March 23, 2009 (Docket no. 69), and good cause

21  appearing, **IT IS HEREBY ORDERED** that:

22         1.     Paragraph 8 of the PROTECTIVE ORDER is deleted and the following will be

23  substituted in its place:

24         8.     Confidential Information designated " "Confidential – For Counsel Only" shall be

25  viewed only by counsel (as defined in paragraph 7(c)) of the receiving Party; individuals

26  designated pursuant to paragraphs 7(b), 7(e), 7(f) or 7(g) above; and by "independent

27  experts" under the conditions set forth in this paragraph. For purposes of this paragraph"

28  independent experts" shall include: William Callaghan, John S. Hekman, Patrick

Kennedy, Cary Mack, Candice Wright, James McGee, John Hayes and Thomas Lambert and their employees or employee equivalents who are assisting such experts with respect to preparation of this action for trial or other resolution; provided that the employee or employee equivalent is not the employee of a Party.  The right of any "independent expert" to receive any such Confidential – For Counsel Only information shall be subject to the advance approval of such expert by the producing Party or by permission of the Court.  The Party seeking approval of an "independent expert" shall provide the producing Party with a name and curriculum vitae of the proposed "independent expert", and an executed copy of the form attached hereto as Exhibit "A", in advance of providing any such Confidential – For Counsel Only material of the producing Party to the "independent expert."  Any objection to the producing Party to an "independent expert" receiving such Confidential – For Counsel Only information must be made in writing within fourteen (14) days following receipt of the identification of the proposed "independent expert."  Such confidential information may be disclosed to an "independent expert" if the fourteen (14) day period has passed and no objection has been made.  The approval of the "independent expert" shall not be unreasonably withheld.

2. Except as stated in this amendment, the PROTECTIVE ORDER remains in effect.

Dated: July 13, 2009

_____
JAN M. ADLER
UNITED STATES MAGISTRATE JUDGE