UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED NATIONAL MAINTENANCE, INC., etc., <br><br> Plaintiff, <br><br> v. <br><br> SAN DIEGO CONVENTION CENTER CORPORATION, INC., etc., <br><br> Defendant. | Case No. 07-CV-2172-BEN (JMA) <br><br> **ORDER SCHEDULING TELEPHONIC CASE MANAGEMENT CONFERENCE** |

A telephonic Case Management Conference was held on July 15, 2009 at 9:00 a.m. **IT IS HEREBY ORDERED** that a further telephonic Case Management Conference shall be held on **September 25, 2009** at **9:30 a.m.** All counsel shall appear telephonically at this conference. The Court will initiate the conference call.

**IT IS SO ORDERED.**

DATED: July 15, 2009

_____
Jan M. Adler
U.S. Magistrate Judge

07cv2172