James R. Lance (147173)
Jacob M. Slania (200652)
**KIRBY NOONAN LANCE & HOGE LLP**
350 Tenth Avenue, Suite 1300
San Diego, California 92101-8700
Telephone (619) 231-8666
Facsimile (619) 231-9593

Theodore R. Tetzlaff (*Pro Hac Vice*)
Kristopher J. Stark (*Pro Hac Vice*)
**UNGARETTI & HARRIS LLP**
3500 Three First National Plaza
Chicago, Illinois 60602-4224
Telephone (312) 977-4400
Facsimile (312) 977-4405

Attorneys for Plaintiff
UNITED NATIONAL MAINTENANCE, INC.

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED NATIONAL MAINTENANCE, INC., a Nevada corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAN DIEGO CONVENTION CENTER CORPORATION, INC., a California corporation,<br><br>Defendant. | **CASE NO. 07-CV-2172 BEN(JMA)**<br><br>**CERTIFICATE OF SERVICE**<br><br>**Complaint Filed: November 13, 2007** |

# CERTIFICATE OF SERVICE

United National Maintenance, Inc. v. San Diego Convention Center Corporation, Inc.
United States District Court Case No. 07-CV-2172 BEN (JMA)

I, the undersigned, declare: That I am, and was at the time of service of the papers herein referred to, over the age of eighteen years, and not a party to the action; and I am employed in the County of San Diego, California. My business address is 350 Tenth Avenue, Suite 1300, San Diego, California 92101.

On August 20, 2009, at San Diego, California, I served the following document(s) described as:

**JOINT MOTION TO AMEND CASE MANAGEMENT CONFERENCE ORDER REGULATING DISCOVERY AND OTHER PRETRIAL PROCEEDINGS**

on the parties in said action as follows:

| | |
|---|---|
| John H. L'Estrange, Esq.<br>email: jlestrange@wllawsd.com<br>Joseph T. Ergastolo, Esq.<br>email: jte@wllawsd.com<br>Wright & L'Estrange<br>401 West A Street, Ste. 2250<br>San Diego, CA 92101<br>Telephone: (619) 231-4844<br>Facsimile: (619) 231-6710 | Attorneys for Defendant<br>SAN DIEGO CONVENTION CENTER CORPORATION, INC. |
| Theodore R. Tetzlaff (*Pro Hac Vice*)<br>email: ttetzlaff@uhlaw.com<br>Kristopher J. Stark (*Pro Hac Vice*)<br>email: kstark@uhlaw.com<br>UNGARETTI & HARRIS LLP<br>3500 Three First National Plaza<br>Chicago, Illinois 60602-4224<br>Telephone (312) 977-4400<br>Facsimile (312) 977-4405 | Co-counsel Attorneys for Plaintiff |

☒ **ELECTRONIC TRANSMISSION:** I filed the foregoing document with the Clerk of Court for the U.S. District Court, Southern District of California, using the Electronic Case Filing ("ECF") system of the Court. The attorney listed above has consented to receive service by electronic means and was served a "Notice of Electronic Filing" sent by the CM/ECF system.

☒ **FEDERAL COURT:** I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on August 20, 2009, at San Diego, California.

/s/ Jacob M. Slania

KNLH\503295.1