```
 1  KIRBY NOONAN LANCE & HOGE LLP
        James R. Lance (47173)
 2      jlance@knlh.com
        Jacob M. Slania (200652)
 3      jslania@knlh.com
    350 Tenth Avenue, Suite 1300
 4  San Diego, CA  92101
    (619) 231-8666   Fax: (619)-231-9593
 5
    UNGARETTI & HARRIS LLP
 6      Theodore Tetzlaff, Esq. (Pro Hac Vice)
        Kristopher J. Stark, Esq. (Pro Hac Vice)
 7  3500 Three First National Plaza
    Chicago, IL 60602-4224
 8
    Attorneys for Plaintiff
 9  United National Maintenance, Inc.

10  WRIGHT & L'ESTRANGE
    A Partnership Including Professional Corporations
11      John H. L'Estrange, Jr. (049594)
        jlestrange@wllawsd.com
12      Joseph T. Ergastolo (137807)
        jte@wllawsd.com
13  401 West A Street, Suite 2250
    San Diego, California 92101
14  (619) 231-4844  Fax:  (619) 231-6710

15  Attorneys for Defendant
    San Diego Convention Center
16  Corporation, Inc.
```

17                    UNITED STATES DISTRICT COURT

18                   SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED NATIONAL MAINTENANCE, INC., A Nevada Corporation, | CASE NO. 07-cv-2172-BEN (JMA) |
| Plaintiff, | JOINT MOTION TO AMEND CASE MANAGEMENT CONFERENCE ORDER REGULATING DISCOVERY AND OTHER PRETRIAL PROCEEDINGS |
| v. | |
| SAN DIEGO CONVENTION CENTER CORPORATION, INC., A California Corporation, | Complaint filed: November 13, 2007<br>Trial Date: Not set |
| Defendant. | |

    A Case Management Conference Order Regulating Discovery and Other Pretrial Proceedings ("Order") was entered on January 27, 2009 (Docket no. 64). Since the entry of that Order, the parties have been working diligently to conduct discovery including:

- designation of 9 independent experts and 11 party related persons who are expected to give expert type testimony;
- the exchange of more than 100,000 pages of documents in San Diego and Chicago;
- taking a total of 15 percipient depositions with more to be scheduled in the next four weeks; and
- exchange of written discovery and subsequent meet and confer exchanges that have so far avoided the need for any motions to compel.

Despite their diligent efforts, the parties will not be able to complete fact discovery under the current schedule to permit proper analysis of that information by their experts. As a result, the experts will not have sufficient time to prepare reports and submit to depositions under the current schedule.

The parties met and conferred and agreed on a modification of certain discovery and motion cut off dates in the Order as reflected in the proposed order that is submitted with this joint motion. This is the first requested modification of the Order. The parties are not requesting any change in the date for the Final Pretrial Conference.

The parties respectfully request that the Court grant this Joint Motion to Amend the Order.

Dated: August 19, 2009

KIRBY NOONAN LANCE & HOGE LLP
Attorneys for Plaintiff
United National Maintenance, Inc.

By: /s/ Jacob M. Slania
Jacob M. Slania
jslania@knlh.com

Dated: August 19, 2009

WRIGHT & L'ESTRANGE
Attorneys for Defendant
San Diego Convention Center Corporation, Inc.

By /s/ John H. L'Estrange, Jr.
John H. L'Estrange, Jr.
jlestrange@wllawsd.com