UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED NATIONAL MAINTENANCE, INC., etc.,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>SAN DIEGO CONVENTION CENTER CORPORATION, INC., etc.,<br><br>　　　　　Defendants. | Case No. 07-CV-2172-BEN (JMA)<br><br>**ORDER GRANTING PARTIES' JOINT MOTION FOR AMENDED SCHEDULING ORDER** |

　　　　Pursuant to the joint motion of the parties requesting that certain deadlines in the January 27, 2009 Scheduling Order [Doc. 64] be continued, and good cause appearing therefor, **IT IS HEREBY ORDERED:**

　　　　1.　　The deadline for Plaintiff's expert disclosures is continued from September 9, 2009 to **September 30, 2009.**  The deadline for Defendant's expert disclosures is continued from September 9, 2009 to **October 21, 2009.**  The deadline for any contradictory or rebuttal information is continued from September 30, 2009 to **November 12, 2009**.

　　　　2.　　The deadline for fact discovery is extended from August 10, 2009 to **September 15, 2009**, and the expert discovery cut-off is extended from November 10, 2009 to **December 18, 2009**, with the exception that the depositions of Richard Simon

1  and Charles Gutensohn may be taken after September 15, 2009 on a date to be
2  mutually determined by the parties.
3      3.  The deadline for filing any dispositive motions is continued from December
4  11, 2009 to **January 20, 2009.**
5      4.  Except as stated herein, the January 27, 2009 Scheduling Order [Doc.
6  64] remains in effect.
7      **IT IS SO ORDERED.**
8  DATED:  August 21, 2009

Jan M. Adler
U.S. Magistrate Judge