# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED NATIONAL MAINTENANCE INC, A NEVADA CORPORATION,<br><br>　　　　　　Plaintiff,<br>　　v.<br><br>SAN DIEGO CONVENTION CENTER CORPORATION, INC., A CALIFORNIA CORPORATION,<br><br>　　　　　　Defendant. | Case No. 07-CV-2172 BEN (JMA)<br><br>**ORDER GRANTING JOINT MOTION TO VACATE PRETRIAL CONFERENCE (DOC. NO. 115)** |

GOOD CAUSE APPEARING, the parties' joint motion is GRANTED. The final pre-trial conference currently scheduled for August 2, 2010, at 10:30 a.m. is vacated and is reset for **December 6, 2010** at **10:30 a.m.** The related deadlines are also vacated and reset as follows:

1. The parties must comply with the pretrial disclosure requirements of Fed. R. Civ. P. 26(a)(3) no later than **November 15, 2010**.

2. Counsel shall confer and take the action required by Local Rule 16.1(f)(4) on or before **November 22, 2010**.

3. Counsel shall serve on each other and file their Memoranda of Contentions of Fact and Law and take any other action required by Local Rule 16.1(f)(2) on or before **November 22, 2010**.

4. The Proposed Final Pretrial Conference Order, including written objections, if any, to any party's Fed. R. Civ. P. 26(a)(3) pretrial disclosures, shall be prepared, served, and lodged with

the Clerk's Office on or before **November 29, 2010** and shall be in the form prescribed in Local Rule 16.1(f)(6).

**IT IS SO ORDERED.**

Dated:  June 17, 2010

HON. JAN M. ADLER
United States Magistrate Judge