UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED NATIONAL MAINTENANCE, INC., a Nevada Corporation,<br><br>    Plaintiff,<br>v.<br>SAN DIEGO CONVENTION CENTER CORPORATION, INC., a California Corporation,<br><br>    Defendants. | Civil No.07cv2172 AJB<br><br>ORDER GRANTING JOINT MOTION TO AMENDED SCHEDULING ORDER<br><br>(Doc. No. 128) |

    Good cause appearing from the parties' joint motion, it is GRANTED. Accordingly, the Court orders as follows:

    1.    The Amended Order Setting Pretrial Conference and Related Dates and the Order Granting Parties' Joint Motion for Amended Pre-Trial Scheduling Order (Dkt. Nos. 121, 126), are hereby VACATED.

    2.    The parties must comply with the pretrial disclosure requirements of Federal Rule of Civil Procedure 26(a)(3) on or before **November 19, 2010**.

    3.    Counsel shall serve on each other and file their Memoranda of contentions of Fact and Law and take any other action required by Local Rule 16.1(f)(2) on or before **December 17, 2010**.

    4.    Counsel shall meet and confer and take the actions required by Local Rule 16.1(f)(4) on

or before **January 11, 2011**.

    5.    The parties proposed final pretrial conference order, including written objections, if any, to any parties' Rule 26(a)(3) pretrial disclosures, shall be prepared and lodged with the Clerk's Office on or before **January 28, 2011**.

    6.    The final pretrial conference is set for **February 4, 2011**, at **1:30 pm**.

    7.    The trial is set to begin on **March 21, 2011**, at **9:00 am**.

    8.    Except as stated herein, the January 27, 2009 and August 21, 2009 scheduling orders (Dkt. Nos. 64, 84), remain in effect.

**IT IS SO ORDERED.**

DATED: October 21, 2010

                                  _____
                                  Hon. Anthony J. Battaglia
                                  U.S. Magistrate Judge
                                  United States District Court