KIRBY NOONAN LANCE & HOGE LLP
   James R. Lance (147173)
    jlance@knlh.com
   Jacob M. Slania (200652)
    jslania@knlh.com
350 Tenth Avenue, Suite 1300
San Diego, CA  92101
(619) 231-8666   Fax:  (619)-231-9593

Attorneys for Plaintiff
United National Maintenance, Inc.


WRIGHT & L'ESTRANGE
A Partnership Including Professional Corporations
   John H. L'Estrange, Jr. (SBN 049594)
    jlestrange@wllawsd.com
   Joseph T. Ergastolo (SBN 137807)
    jte@wllawsd.com
   Andrew E. Schouten (SBN 263684)
    aschouten@wllawsd.com
401 West A Street, Suite 2250
San Diego, California 92101
(619) 231-4844   Fax:  (619) 231-6710

Attorneys for Defendant
San Diego Convention Center
Corporation, Inc.


## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED NATIONAL MAINTENANCE, INC., A Nevada Corporation,<br><br>                Plaintiff,<br><br>v.<br><br>SAN DIEGO CONVENTION CENTER CORPORATION, INC., A California Corporation,<br>                Defendant. | **CASE NO. 07-cv-2172-AJB**<br><br>**JOINT MOTION RE: STATEMENT OF ADMITTED AND UNCONTESTED FACTS TO BE READ TO THE JURY**<br><br>Trial Date:   March 21, 2011<br>Time:        9:00 a.m.<br>Courtroom:  12 |

Pursuant to Federal Rule of Civil Procedure 16, Southern District of California Local Civil Rule 16.1.f.6, paragraph 5 of this Court's Jury Trial Preparation and Scheduling Order (Dkt. No. 135), and the Court's Final Pretrial Conference rulings (see PTO Hr'g Tr. 30:11-38:2,

38:12-39:3, Feb. 4, 2011), Plaintiff United National Maintenance, Inc. ("United") and Defendant San Diego Convention Center Corporation, Inc. ("SDCCC") jointly submit the following statement of admitted and uncontested facts to be read to the jury:

**A.    ADMITTED FACTS.**

1. United is a corporation organized and existing under the laws of the State of Nevada, authorized and qualified to transact business in California.

2. SDCCC is a corporation organized and existing under the laws of the State of California, authorized and qualified to transact business in California, with its principal place of business in San Diego, California.

3. United is engaged in the business of providing cleaning, janitorial, maintenance and related services to trade shows and conventions nationwide, including at the San Diego Convention Center.

4. SDCCC was incorporated on October 31, 1984 and has managed, marketed and operated the San Diego Convention Center ("Building") continuously since 1989.

5. SDCCC is a non-profit public benefit corporation, with the sole shareholder being the City of San Diego.

6. SDCCC operates and manages the Building located at 111 West Harbor Drive, San Diego, California, on behalf of the City of San Diego pursuant to a management agreement. The City of San Diego leases the Building from the San Diego Unified Port District. The Building offers over 615,000 square feet of exhibit space and over 1,000,000 square feet of combined exhibit and meeting space.

7. SDCCC's primary business is to lease the Building, pursuant to license agreements, to various trade associations/organizations for daily periods to hold trade shows, conventions and other events.

8. Trade shows are produced by professional associations or trade show managers acting on their behalf. Trade associations or managers typically hire general service contractors, such as GES Exposition Services, Champion Exposition Services or Freeman Decorating Services, Inc., to organize and manage trade shows. These contractors

are commonly referred to as "Decorators." All three of these Decorators, as well as other Decorators, provide trade show related services at the Building and at other convention centers nationwide.

9. The Decorators hire subcontractors to perform many of the various services associated with trade shows, including cleaning, electrical, exhibit installation, exhibit dismantling, drayage, and other services.

**B. UNCONTESTED FACTS.**

1. A substantial part of the alleged events and omissions giving rise to United's claims occurred in, or substantially affect, interstate commerce.

2. SDCCC is a government entity.

3. SDCCC is a state actor for purposes of the state action doctrine.

4. Effective July 1, 2007, SDCCC implemented the cleaning services policy at issue here by amending the Building's Policies, Rules and Regulations to state: "only SDCCC employees are permitted to provide event cleaning within the center" (the "Cleaning Services Policy").

5. SDCCC implemented the Cleaning Services Policy on its own accord.

6. No entity other than SDCCC is a party to, or a beneficiary under, SDCCC's Cleaning Services Policy.

7. The Cleaning Services Policy is a result of SDCCC's unilateral action.

8. In 2005, the City of San Diego adopted the Living Wage Ordinance ("LWO"). As of July 1, 2007, the LWO applies to SDCCC. The LWO does not apply to United.

Dated: April 4, 2011

KIRBY NOONAN LANCE & HOGE LLP
Attorneys for Plaintiff
United National Maintenance, Inc.

By: /s/ *Jacob M. Slania*
Jacob M. Slania

Dated: April 4, 2011

WRIGHT & L'ESTRANGE
Attorneys for Defendant
San Diego Convention Center Corporation, Inc.

By: /s/ *Joseph T. Ergastolo*
Joseph T. Ergastolo