James R. Lance (147173)
Jacob M. Slania (200652)
Lauren E. Litteken (246668)
**KIRBY NOONAN LANCE & HOGE LLP**
350 Tenth Avenue, Suite 1300
San Diego, California  92101-8700
Telephone (619) 231-8666
Facsimile (619) 231-9593

Theodore R. Tetzlaff (*Pro Hac Vice*)
Kristopher J. Stark (*Pro Hac Vice*)
**UNGARETTI & HARRIS LLP**
3500 Three First National Plaza
Chicago, Illinois  60602-4224
Telephone (312) 977-4400
Facsimile (312) 977-4405

Attorneys for Plaintiff
UNITED NATIONAL MAINTENANCE, INC.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED NATIONAL MAINTENANCE, INC., a Nevada corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAN DIEGO CONVENTION CENTER CORPORATION, INC., a California corporation,<br><br>Defendant. | CASE NO. 07-CV-2172 AJB<br><br>**PLAINTIFF'S PROPOSED JURY INSTRUCTION RE STIPULATED FACTS**<br><br>Judge:    Hon. Anthony J. Battaglia<br>Crtrm:    2<br>Trial Date:    March 21, 2011<br><br>Complaint Filed: November 13, 2007 |

1  Pursuant to the Court's directive, attached hereto as Exhibit 1 is a copy of Plaintiff
2  United National Maintenance, Inc.'s ("United") Proposed Jury Instruction 219. This Jury
3  Instruction encompasses the admitted and uncontested facts stipulated to by United and
4  Defendant San Diego Convention Center Corporation, Inc.

5  DATED: April 13, 2011                KIRBY NOONAN LANCE & HOGE LLP

              By:   s/ Jacob M. Slania
                    James R. Lance
                    Jacob M. Slania
                    Lauren E. Litteken
                    Attorneys for Plaintiff
                    UNITED NATIONAL MAINTENANCE, INC.

*United National Maintenance v. San Diego Convention Center Corporation, Inc.*

(Case No: 07-CV-2172 AJB)

# TABLE OF CONTENTS OF EXHIBITS TO
# PLAINTIFF'S PROPOSED JURY INSTRUCTION RE STIPULATED FACTS

| EXHIBIT NO. | DESCRIPTION | PAGE |
|---|---|---|
| 1 | Plaintiff's Proposed Jury Instruction 219 | 1-3 |

Kirby Noonan Lance & Hoge LLP
350 Tenth Avenue, Suite 1300 San Diego, California 92101-8700

KNLH\837458.1

# EXHIBIT 1

**Instruction 219: Stipulations of Fact**

The parties have agreed to certain facts that will be read to you. You should therefore treat these facts as having been proved.

**A.    ADMITTED FACTS.**

1. United is a corporation organized and existing under the laws of the State of Nevada, authorized and qualified to transact business in California.

2. SDCCC is a corporation organized and existing under the laws of the State of California, authorized and qualified to transact business in California, with its principal place of business in San Diego, California.

3. United is engaged in the business of providing cleaning, janitorial, maintenance and related services to trade shows and conventions nationwide, including at the San Diego Convention Center.

4. SDCCC was incorporated on October 31, 1984 and has managed, marketed and operated the San Diego Convention Center ("Building") continuously since 1989.

5. SDCCC is a non-profit public benefit corporation, with the sole shareholder being the City of San Diego.

6. SDCCC operates and manages the Building located at 111 West Harbor Drive, San Diego, California, on behalf of the City of San Diego pursuant to a management agreement. The City of San Diego leases the Building from the San Diego Unified Port District. The Building offers over 615,000 square feet of exhibit space and over 1,000,000 square feet of combined exhibit and meeting space.

7. SDCCC's primary business is to lease the Building, pursuant to license agreements, to various trade associations/organizations for daily periods to hold trade shows, conventions and other events.

8. Trade shows are produced by professional associations or trade show managers acting on their behalf. Trade associations or managers typically hire general service contractors, such as GES Exposition Services, Champion Exposition Services or Freeman Decorating Services, Inc., to organize and manage trade shows. These contractors are commonly referred to as "Decorators." All three of these Decorators, as well as other Decorators, provide trade show related services at the Building and at other convention centers nationwide.

9. The Decorators hire subcontractors to perform many of the various services associated with trade shows, including cleaning, electrical, exhibit installation, exhibit dismantling, drayage, and other services.

**B.     UNCONTESTED FACTS.**

1. A substantial part of the alleged events and omissions giving rise to United's claims occurred in, or substantially affect, interstate commerce.

2. SDCCC is a government entity.

3. SDCCC is a state actor for purposes of the state action doctrine.

4. Effective July 1, 2007, SDCCC implemented the cleaning services policy at issue here by amending the Building's Policies, Rules and Regulations to state: "only SDCCC employees are permitted to provide event cleaning within the center" (the "Cleaning Services Policy").

5. SDCCC implemented the Cleaning Services Policy on its own accord.

6. No entity other than SDCCC is a party to, or a beneficiary under, SDCCC's Cleaning Services Policy.

7. The Cleaning Services Policy is a result of SDCCC's unilateral action.

8.  In 2005, the City of San Diego adopted the Living Wage Ordinance ("LWO"). As of July 1, 2007, the LWO applies to SDCCC. The LWO does not apply to United.

**Authority: Ninth Circuit Manual of Model Jury Instructions, No. 2.2**