

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED NATIONAL MAINTENANCE INC., A Nevada Corporation<br><br>               Plaintiff,<br><br>   v.<br><br>SAN DIEGO CONVENTION CENTER CORPORATION, INC., A California Corporation<br>               Defendant. | CASE NO. 07-cv-2172-AJB<br><br>SPECIAL VERDICT FORM |

WE, THE JURY, unanimously find as follows:

I.

### SHERMAN ACT § 2—ACTUAL MONOPOLIZATION

**(1)** Did Plaintiff United National Maintenance, Inc. ("United") prove by a preponderance of the evidence that trade show cleaning services at the San Diego Convention Center is a relevant product market within a relevant geographic market for antitrust purposes?

Question (1): ___ Yes ___ No

*If you answered "yes" to Question 1, please answer Question 2; if you answered "no" to Question 1, please continue to Section III.*

**(2)** Did United prove by a preponderance of the evidence that Defendant San Diego Convention Center Corporation, Inc. ("SDC") possessed monopoly power in the market for which you answered "yes" to question (1)?

Question (2): ___ Yes ___ No

*If you answered "yes" to Question 2, please answer Question 3; if you answered "no" to Question 2, please continue to Section II.*

**(3)** Did United prove by a preponderance of the evidence that SDC has the power to eliminate competition in the market for which you answered "yes" to question (1)?

Question (3): ___ Yes ___ No

*If you answered "yes" to Question 3, please answer Question 4; if you answered "no" to Question 3, please continue to Section II.*

**(4)** Did United prove by a preponderance of the evidence that the San Diego Convention Center is an "essential facility"?

Question (4): ___ Yes ___ No

*If you answered "yes" to Question 4, please answer Question 5; if you answered "no" to Question 4, please continue to Section II.*

**(5)** Did United prove by a preponderance of the evidence that SDC denied it access to the San Diego Convention Center?

Question (5): ___ Yes ___ No

*If you answered "yes" to Question 5, please answer Question 6; if you answered "no" to Question 5, please continue to Section II.*

(6)  Did United prove by a preponderance of the evidence that SDC's security business purpose or reason was not legitimately competitive or was pretextual?

Question (6): ___ Yes ___ No

*If you answered "yes" to Question 6, please answer Question 7; if you answered "no" to Question 6, please continue to Section II.*

(7)  Did United prove by a preponderance of the evidence that SDC's quality control and brand management business purpose or reason was not legitimately competitive or was pretextual?

Question (7): ___ Yes ___ No

*If you answered "yes" to Question 7, please answer Question 8; if you answered "no" to Question 8, please continue to Section II.*

(8)  Did United prove by a preponderance of the evidence that SDC's increasing revenue and reducing expense business purpose or reason was not legitimately competitive or was pretextual?

Question (8): ___ Yes ___ No

*If you answered "yes" to Question 8, please answer Question 9; if you answered "no" to Question 8, please continue to Section II.*

(9)  Did United prove by a preponderance of the evidence that SDC's actions caused injury to United in its business or property because of SDC's anticompetitive conduct?

Question (9): ___ Yes ___ No

*If you answered "yes" to Question 9, please answer Question 10; if you answered "no" to Question 9, please continue to Section II.*

(10)  Did SDC prove by a preponderance of the evidence that the State authorized SDC to engage in the conduct challenged by United?

Question (10): ___ Yes ___ No

///

*If you answered "yes" to Question 10, please answer Question 11; if you answered "no" to Question 10, please skip to Question 12.*

  **(11)** Did SDC prove by a preponderance of the evidence that the State clearly contemplated and intended to displace competition with regulation because SDC's conduct was reasonably foreseeable from the State's authorization?

  Question (11): ___ Yes ___ No

*If you answered "yes" to Question 11, please continue to Section III; if you answered "no" to Question 11, please answer Question 12.*

  **(12)** Did SDC prove by a preponderance of the evidence that it is a local government?

  Question (12): ___ Yes ___ No

*If you answered "yes" to Question 12, please continue to Section II; if you answered "no" to Question 12, please answer Question 13.*

  **(13)** Did SDC prove by a preponderance of the evidence that its activities were authorized by a local government and the local government adequately supervised SDC's activities?

  Question (13): ___ Yes ___ No

*If you answered "yes" to Question 13, please continue to Section II; if you answered "no" to Question 13, please answer Question 14.*

  **(14)** For any injury that you found in response to question (9), did United prove, with reasonable certainty, the amount of damages directly caused by, and attributable to, SDC's alleged antitrust violation?

  Question (14): ___ Yes ___ No

*If you answered "yes" to Question 14, please answer Question 15; if you answered "no" to Question 14, please continue to Section II.*

  **(15)** For any injury for which you answered "yes" to question (14), did SDC prove by a preponderance of the evidence that United failed to mitigate its damages?

  Question (15): ___ Yes ___ No

*If you answered "no" to Question 15, please proceed to Question 16 and do not answer*

*Question 17; if you answered "yes" to Question 15, please proceed to Question 17 and do not answer Question 16.*

  (16) Please specify the amount of United's damages directly caused by, and attributable to, SDC's alleged actual monopolization: $_____.

  (17) Please specify the amount of United's damages directly caused by, and attributable to, SDC's alleged antitrust violation, reduced by the amount of any damages United failed to mitigate: $_____.

*Please proceed to Section II.*

## II.

## **SHERMAN ACT § 2—ATTEMPTED MONOPOLIZATION**

(18)   Did United prove by a preponderance of the evidence that SDC engaged in anticompetitive conduct?

Question (18): ___ Yes ___ No

*If you answered "yes" to Question 18, please answer Question 19; if you answered "no" to Question 18, please continue to Section III.*

(19)   Did United prove by a preponderance of the evidence that SDC's security business purpose or reason was not legitimately competitive or was pretextual?

Question (19): ___ Yes ___ No

*If you answered "yes" to Question 19, please answer Question 20; if you answered "no" to Question 19, please continue to Section III.*

(20)   Did United prove by a preponderance of the evidence that SDC's quality control and brand management business purpose or reason was not legitimately competitive or was pretextual?

Question (20): ___ Yes ___ No

*If you answered "yes" to Question 20, please answer Question 21; if you answered "no" to Question 21, please continue to Section III.*

(21)   Did United prove by a preponderance of the evidence that SDC's increasing revenue and reducing expense business purpose or reason was not legitimately competitive or was pretextual?

Question (21): ___ Yes ___ No

*If you answered "yes" to Question 21, please answer Question 22; if you answered "no" to Question 22, please continue to Section III.*

(22)   Did United prove by a preponderance of the evidence that SDC acted with the specific intent to achieve monopoly power in the relevant market for which you answered "yes" to question (1)?

Question (22): ___ Yes ___ No

*If you answered "yes" to Question 22, please answer Question 23; if you answered "no" to Question 22, please continue to Section III.*

  **(23)** Did United prove by a preponderance of the evidence that there was a dangerous probability that SDC would achieve its goal of monopoly power in the relevant market for which you answered "yes" to question (1)?

  Question (23): ___ Yes ___ No

*If you answered "yes" to Question 23, please answer Question 24; if you answered "no" to Question 23, please continue to Section III.*

  **(24)** Did United prove by a preponderance of the evidence that SDC's actions caused injury to United in its business or property because of SDC's anticompetitive conduct?

  Question (24): ___ Yes ___ No

*If you answered "yes" to Question 24, please answer Question 25; if you answered "no" to Question 24, please continue to Section III.*

  **(25)** Did SDC prove by a preponderance of the evidence that the State authorized SDC to engage in the conduct challenged by United?

  Question (25): ___ Yes ___ No

*If you answered "yes" to Question 25, please answer Question 26; if you answered "no" to Question 25, please skip to Question 27.*

  **(26)** Did SDC prove by a preponderance of the evidence that the State clearly contemplated and intended to displace competition with regulation because SDC's conduct was reasonably foreseeable from the State's authorization?

  Question (26): ___ Yes ___ No

*If you answered "yes" to Question 26, please continue to Section III; if you answered "no" to Question 26, please answer Question 27.*

  **(27)** Did SDC prove by a preponderance of the evidence that it is a local government?

  Question (27): ___ Yes ___ No

*If you answered "yes" to Question 27, please continue to Section III; if you answered "no" to Question 27, please answer Question 28.*

(28)   Did SDC prove by a preponderance of the evidence that its activities were authorized by a local government and the local government adequately supervised SDC's activities?

Question (28): ___ Yes ___ No

*If you answered "yes" to Question 28, please continue to Section III; if you answered "no" to Question 28, please answer Question 29.*

(29)   For any injury that you found in response to question (24), did United prove, with reasonable certainty, the amount of damages directly caused by, and attributable to, SDC's alleged antitrust violation?

Question (29): ___ Yes ___ No

*If you answered "yes" to Question 29, please answer Question 30; if you answered "no" to Question 29, please continue to Section III.*

(30)   For any injury for which you answered "yes" to question (29), did SDC prove by a preponderance of the evidence that United failed to mitigate its damages?

Question (30): ___ Yes ___ No

*If you answered "yes" to Question 30, please answer Question 32 and do not answer Question 31; if you answered "no" to Question 30, please proceed to Question 31 and do not answer Question 32.*

(31)   Please specify the amount of United's damages directly caused by, and attributable to, SDC's alleged attempted monopolization: $_____.

(32)   Please specify the amount of United's damages directly caused by, and attributable to, SDC's alleged antitrust violation, reduced by the amount of any damages United failed to mitigate: $_____.

*Please proceed to Section III*

# III.

## INTENTIONAL INTERFERENCE WITH CONTRACTUAL RELATIONS

(33) Did United prove by a preponderance of the evidence that there was a contract between United and any of the following decorators:

| Decorator | Yes | No |
|---|---|---|
| GES | ✓ | |
| Champion | ✓ | |

*If you answered "yes" to any part of Question 33, please answer Question 34; if you answered "no" to all parts of Question 33, please continue to Section IV.*

(34) With respect to any of the decorators for which you answered "yes" to Question 33, did United prove by a preponderance of the evidence that SDC knew of the contract?

| Decorator | Yes | No |
|---|---|---|
| GES | ✓ | |
| Champion | ✓ | |

*If you answered "yes" to any part of Question 34, please answer Question 35; if you answered "no" to all parts of Question 34, please continue to Section IV.*

(35) With respect to any of the decorators for which you answered "yes" to Question 34, did United prove by a preponderance of the evidence that SDC intended to disrupt the performance of that contract?

| Decorator | Yes | No |
|---|---|---|
| GES | ✓ | |
| Champion | ✓ | |

1   *If you answered "yes" to any part of Question 35, please answer Question 36; if you*
2   *answered "no" to all parts of Question 35, please continue to Section IV.*
3   (36)   With respect to any of the decorators for which you answered "yes" to Question
4   35, did United prove by a preponderance of the evidence that SDC's conduct actually prevented
5   performance or made performance more expensive or difficult?

| Decorator | Yes | No |
|---|---|---|
| GES | ✓ | |
| Champion | ✓ | |

*If you answered "yes" to any part of Question 36, please answer Question 37; if you*
*answered "no" to all parts of Question 36, please continue to Section IV.*

(37)   With respect to any of the decorators for which you answered "yes" to Question 36, did United prove by a preponderance of the evidence that SDC's conduct was a substantial factor in causing harm to United?

| Decorator | Yes | No |
|---|---|---|
| GES | ✓ | |
| Champion | ✓ | |

*If you answered "yes" to any part of Question 37, please answer Question 38; if you*
*answered "no" to all parts of Question 38, please continue to Section IV.*

(38)   Did SDC prove by a preponderance of the evidence that its behavior was justified under all of the circumstances?

Question (38): ___ Yes  ✓ No

*If you answered "no" to Question 38, please answer Question 39; if you answered "yes"*
*to Question 38, please continue to Section IV.*

///

(39) Did United prove, with reasonable certainty, the amount of damages caused by SDC's interference with the decorators' contract?

| Decorator | Yes | No |
|---|---|---|
| GES | ✓ | |
| Champion | ✓ | |

*If you answered "yes" to any part of Question 39, please answer Question 40; if you answered "no" to all parts of Question 39, please continue to Section IV.*

(40) With respect to any of the decorators for which you answered "yes" to Question 39, did SDC prove by a preponderance of the evidence that United failed to mitigate its damages?

| Decorator | Yes | No |
|---|---|---|
| GES | | ✓ |
| Champion | | ✓ |

*To the extent your answer to Question 40 for a particular decorator is "no," please proceed to Question 41 and do not answer Question 42; to the extent your answer to Question 40 for a particular decorator is "yes," please proceed to Question 42 and do not answer Question 41.*

(41) With respect to each of the decorators for which you answered "No" to Question 40, please specify the amount of United's damages directly caused by, and attributable to, SDC's interference with the following contract:

GES: $ 358,223.00
Champion: $ 310,682.00

(42) With respect to each of the decorators for which you answered "yes" to Question 40, please specify the amount of United's damages directly caused by, and attributable to,

11

1  SDC's interference with the following contracts, reduced by the amount of any damage that
2  United failed to mitigate:
3  GES:  $_____
4  Champion: $_____
5
6        *Please proceed to Section IV*

# IV.

## INTENTIONAL INTERFERENCE WITH PROSPECTIVE ECONOMIC RELATIONS

(43) Did United prove by a preponderance of the evidence that United and any of the following decorators have an economic relationship that probably would have resulted in an economic benefit to United?

| Decorator | Yes | No |
|---|---|---|
| Paradice | ✓ | |
| Brede National | ✓ | |

*If you answered "yes" to any part of Question 43, please answer Question 44; if you answered "no" to all parts of Question 43, please have your foreperson sign and date your verdict form and return it to the court.*

(44) With respect to any of the decorators for which you answered "yes" to Question 43, did United prove by a preponderance of the evidence that SDC knew of the relationship between United and that Decorator?

| Decorator | Yes | No |
|---|---|---|
| Paradice | ✓ | |
| Brede National | ✓ | |

*If you answered "yes" to any part of Question 44, please answer Question 45; if you answered "no" to all parts of Question 44, please have your foreperson sign and date your verdict form and return it to the court.*

(45) With respect to any of the decorators for which you answered "yes" to Question 44, did United prove by a preponderance of the evidence that SDC intended to disrupt the relationship between United and that Decorator?

///

13

| Decorator | Yes | No |
|---|---|---|
| Paradice | ✓ | |
| Brede National | ✓ | |

*If you answered "yes" to any part of Question 45, please answer Question 46; if you answered "no" to all parts of Question 45, please have your foreperson sign and date your verdict form and return it to the court.*

**(46)** Did United prove by a preponderance of the evidence that SDC engaged in wrongful conduct in violation of the antitrust laws as set forth in this case?

Question (46): ___ Yes ___ No

*If you answered "yes" to Question 46, please answer Question 47; if you answered "no" to Question 46, please have your foreperson sign and date your verdict form and return it to the court.*

**(47)** With respect to any of the decorators for which you answered "yes" to Question (46), did United prove by a preponderance of the evidence that SDC's wrongful conduct actually disrupted the relationship between United and such Decorator?

| Decorator | Yes | No |
|---|---|---|
| Paradice | | |
| Brede National | | |

*If you answered "yes" to any part of Question 47, please answer Question 48; if you answered "no" to all parts of Question 47, please have your foreperson sign and date your verdict form and return it to the court.*

**(48)** With respect to any of the decorators for which you answered "yes" to Question 47, did United prove by a preponderance of the evidence that SDC's wrongful conduct was a substantial factor in causing harm to United?

/ / /

Case 3:07-cv-02172-AJB-JMA   Document 219   Filed 05/04/11   Page 15 of 16

| Decorator | Yes | No |
|---|---|---|
| Paradice | | |
| Brede National | | |

*If you answered "yes" to any part of Question 48, please answer Question 49; if you answered "no" to all parts of Question 48, please have your foreperson sign and date your verdict form and return it to the court.*

(49)   With respect to any Decorator for which you answered "yes" to Question 48, did United prove, with reasonable certainty, the amount of damage caused by SDC's interference with, or disruption of, the United/Decorator relationship?

| Decorator | Yes | No |
|---|---|---|
| Paradice | | |
| Brede National | | |

*If you answered "yes" to any part of Question 49, please answer Question 50; if you answered "no" to all parts of Question 49, please have your foreperson sign and date your verdict form and return it to the court.*

(50)   With respect to any of the decorators for which you answered "yes" to Question 49, did SDC prove by a preponderance of the evidence that United failed to mitigate its damages?

| Decorator | Yes | No |
|---|---|---|
| Paradice | | |
| Brede National | | |

To the extent your answer to Question 50 for a particular decorator is "no", please proceed to Question 51 and do not answer Question 52; to the extent your answer to Question 50 for a particular decorator is "yes", please proceed to Question 52 and do not answer Question 51.

15

Case No. 07-cv-2172-AJB

  **(51)** Please specify the amount of United's damages directly caused by, and attributable to, SDC's disruption of the relationship between United and each decorator identified in your response to Question 50:

Paradice: $_____

Brede National: $_____

  **(52)** Please specify the amount of United's damages directly caused by, or attributable to SDC's disruption of the relationship between United and each decorator identified in your response to Question 50, reduced by the amount of any damages that United failed to mitigate:

Paradice: $_____

Brede National: $_____

Dated: *May 4, 2011*       Signed: *Rebecca S. Margolis*

                  Presiding Juror

After this verdict form has been signed, please deliver this verdict form to the bailiff.