James R. Lance (147173)
Jacob M. Slania (200652)
Micaela P. Shelton (226656)
**KIRBY NOONAN LANCE & HOGE LLP**
350 Tenth Avenue, 1300
San Diego, California 92101-8700
Telephone (619) 231-8666
Facsimile (619) 231-9593

Theodore R. Tetzlaff (*Pro Hac Vice*)
Kristopher J. Stark (*Pro Hac Vice*)
**UNGARETTI & HARRIS LLP**
3500 Three First National Plaza
Chicago, Illinois 60602-4224
Telephone (312) 977-4400
Facsimile (312) 977-4405

Attorneys for Plaintiff
UNITED NATIONAL MAINTENANCE, INC.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED NATIONAL MAINTENANCE, INC., a Nevada corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>SAN DIEGO CONVENTION CENTER CORPORATION, INC., a California corporation,<br><br>    Defendant. | CASE NO. 07-CV-2172 AJB<br><br>**PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR A PERMANENT INJUNCTION**<br><br>Judge:    Hon. Anthony J. Battaglia<br>Crtrm:    12<br>Trial Date:    March 21, 2011<br><br>Hearing Date:    July 1, 2011<br>Time:    1:30 p.m. |
|---|---|

PLEASE TAKE NOTICE that on July 1, 2011 at 1:30 p.m., or as soon thereafter as the matter may be heard in Department 12 of the above-captioned court, located at 940 Front Street, San Diego, California 92101, Plaintiff United National Maintenance ("United") shall and hereby does move for a permanent injunction against Defendant San Diego Convention Center Corporation, Inc. ("SDC") pursuant to California Civil Code Section 3422.

United's Motion is made on the grounds that the jury in the underlying trial unanimously found that SDC had unlawfully and wrongfully interfered with United's contracts with Champion Exposition Services, Inc. and Global Exposition Services, Inc. The same jury also unanimously found that SDC's interference was without justification. Accordingly, United respectfully requests that this Court, consistent with the jury's findings (pursuant to *Florists Nationwide Tel. Delivery Network - America's Phone Order Florists, Inc. v. Florists Telegraph Delivery Assn.,* 371 F.2d 263, 270-71 (7th Cir. 1967)), issue a permanent injunction enjoining SDC's wrongful and unlawful conduct. Such an order is warranted under Civil Code section 3422 because United can establish that injunctive relief is necessary to prevent a multiplicity of judicial proceedings and that monetary relief is not adequate. United need only establish one of the above factors to be entitled to a permanent injunction.

Specifically, United requests that the following permanent injunction order be issued:

> Defendant San Diego Convention Center Corporation, Inc. ("SDC") is hereby enjoined from enforcing the Rule, Policy, and/or Procedure implemented on July 1, 2007 which mandates that only SDC employees are permitted to perform Trade Show Cleaning Services at the San Diego Convention Center, sets the hourly rate for said employees, and mandates that 50% of Booth Cleaning Revenue must be paid to SDC even if SDC is not chosen to perform Trade Show Cleaning for a particular event. SDC also is precluded from implementing or enforcing any similar Rule, Policy, or Procedure. Furthermore, SDC is prohibited from requiring any party, be it United, another trade show cleaning company, decorator, trade show manager, or otherwise, from paying to SDC any money for Trade Show Cleaning Services unless SDC is hired directly as the Trade Show Cleaning Subcontractor for a specific event.

United's Motion is based on this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, the Declarations of Richard Simon and Jacob M. Slania, the pleadings and records on file herein, together with such other and further matters as the Court may entertain at the time of the hearing.

DATED: May 27, 2011          KIRBY NOONAN LANCE & HOGE LLP


By: _____
James R. Lance
Jacob M. Slania
Micaela P. Shelton
Attorneys for Plaintiff
UNITED NATIONAL MAINTENANCE, INC.