James R. Lance (147173)
  jlance@knlh.com
Jacob M. Slania (200652)
  jslania@knlh.com
Micaela P. Banach (226656)
  mbanach@knlh.com
**KIRBY NOONAN LANCE & HOGE LLP**
350 Tenth Avenue, Suite 1300
San Diego, California 92101-8700
Telephone (619) 231-8666
Facsimile (619) 231-9593

Theodore R. Tetzlaff (*Pro Hac Vice*)
Kristopher J. Stark (*Pro Hac Vice*)
**UNGARETTI & HARRIS LLP**
3500 Three First National Plaza
Chicago, Illinois 60602-4224
Telephone (312) 977-4400
Facsimile (312) 977-4405

Attorneys for Plaintiff/Appellant
UNITED NATIONAL MAINTENANCE, INC.

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED NATIONAL MAINTENANCE, INC., a Nevada corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>SAN DIEGO CONVENTION CENTER CORPORATION, INC., a California corporation,<br><br>    Defendant. | CASE NO. 07-cv-2172-AJB-JMA<br><br>**NOTICE OF APPEAL**<br><br>Judge:    Hon. Anthony J. Battaglia<br>Crtrm:    2<br><br>Judgment Entered:   September 5, 2012 |

1     United National Maintenance, Inc., the plaintiff herein, appeals to the United States Court
2 of Appeals for the Ninth Circuit from the final judgment of the United States District Court for the
3 Southern District of California, entered in this case on September 5, 2012, and all orders that gave
4 rise to that judgment, including but not limited to the Order Granting Motion for Judgment as a
5 Matter of Law, the Order Granting in Part and Denying in Part Motion for New Trial and
6 Judgment for the Defendant as a Matter of Law, and the Order Denying Plaintiff's Motion for a
7 Permanent Injunction.

8     The parties to the judgment and orders appealed from and the names and addresses of their
9 respective attorneys are as follows:

11 1) Attorneys for Plaintiff/Appellant
UNITED NATIONAL MAINTENANCE, INC.

James R. Lance (147173)
jlance@knlh.com
Jacob M. Slania (200652)
jslania@knlh.com
Micaela P. Banach (226656)
mbanach@knlh.com
KIRBY NOONAN LANCE & HOGE LLP
350 Tenth Avenue, Suite 1300
San Diego, California 92101-8700
Telephone (619) 231-8666
Facsimile (619) 231-9593

Theodore R. Tetzlaff (Pro Hac Vice)
Kristopher J. Stark (Pro Hac Vice)
UNGARETTI & HARRIS LLP
3500 Three First National Plaza
Chicago, Illinois 60602-4224
Telephone (312) 977-4400
Facsimile (312) 977-4405

22 2) Attorneys for Defendant/Appellee
SAN DIEGO CONVENTION CENTER CORPORATION, INC.

John H. L'Estrange, Esq.
jlestrange@wllawsd.com
Joseph T. Ergastolo, Esq.
jte@wllawsd.com
Andrew E. Schouten, Esq.
ashouten@wllawsd.com
WRIGHT & L'ESTRANGE
401 West A Street, Ste. 2250
San Diego, CA 92101
Telephone (619) 231-4844
Facsimile (619) 231-6710

DATED: October 4, 2012        KIRBY NOONAN LANCE & HOGE LLP

By: */s/ James R. Lance*
James R. Lance
Jacob M. Slania
Micaela P. Banach
Attorneys for Plaintiff/Appellant
UNITED NATIONAL MAINTENANCE, INC.