UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED NATIONAL MAINTENANCE, INC., a Nevada corporation,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>SAN DIEGO CONVENTION CENTER CORPORATION, INC., a California corporation,<br><br>　　　　　　　Defendant. | Case No.07CV2172 AJB (JMA)<br><br>ORDER GRANTING JOINT MOTION TO CONTINUE STATUS CONFERENCE<br><br>(Doc. No. 298) |

　　　Pursuant to the parties' joint motion, the court hereby grants a continuance of the status conference for 120 days as requested by the parties. The November 14, 2014 status conference is hereby continued to *March 13, 2015 at 3:00 p.m.* in Courtroom 3B.

　　　IT IS SO ORDERED.

DATED: November 17, 2014

_____
Hon. Anthony J. Battaglia
U.S. District Judge